UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0110--CV (JWS)
"AGGIE WASKEY ET AL V USA"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/25/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice

           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $150.00 on 05/25/04 receipt # 00123233
         Trial by: Court
```

Parties of Record:                                  Counsel of Record:
---

PLF 1.1          WASKEY, AGGIE                       Kenneth S. Roosa
                                                     Cooke Roosa et al
                                                     3700 Jewel Lake Road
                                                     Anchorage, AK 99502
                                                     907-276-2744
                                                     FAX 907-276-2746

PLF 2.1          WASKEY, WESSILIE                    Kenneth S. Roosa
                                                     (see above)

PLF 3.1          WASKEY, RONALD                      Kenneth S. Roosa
                                                     (see above)

DEF 1.1          UNITED STATES OF AMERICA            Gary M. Guarino
                                                     U.S. Attorney's Office
                                                     222 W. 7th Avenue, #9
                                                     Anchorage, AK 99513-7567
                                                     907-271-5071
                                                     FAX    -    -

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0110--CV (JWS)
                "AGGIE WASKEY ET AL V USA"
```

For all filing dates

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/25/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice

           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $150.00 on 05/25/04 receipt # 00123233
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/25/04 | Complaint filed; Summons issued. |
| 2 - 1 | 06/01/04 | PLF 1-3 Return of Service Executed re: T. Burgess (USA) on 5/27/04. |
| 3 - 1 | 06/16/04 | PLF 1-3 Return of Service Executed re: DEF 1 on 6/3/04. |
| 4 - 1 | 07/22/04 | PLF 1-3; DEF 1 Stipulation for extension of time to 09/14/04 to answer. |
| 4 - 2 | 07/26/04 | JWS Order approving stip for ext of time to 09/14/04 to ans (4-1). cc: cnsl |
| 5 - 1 | 09/14/04 | DEF 1 Answer to Complaint. |
| 6 - 1 | 09/15/04 | JWS Minute Order re: early neutral evaluation; unless notice declining to participate is fld by 9/30/04 case will proceed to ENE w/Judge von der Heydt as evaluator. cc: cnsl, Judge von der Heydt, ADR Administrator |
| 7 - 1 | 09/28/04 | DEF 1 Notice regarding early neutral evaluation.  Parties decline to participate in ENE at this time. |
| 8 - 1 | 09/29/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. w/att draft S&P.  cc: cnsl |
| 9 - 1 | 10/29/04 | PLF 1-3; DEF 1 Scheduling & Planning Conference Report. |
| 10 - 1 | 12/28/04 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 05/27/05; disc to close 06/27/05; 6 day TBC estimate. cc: cnsl |
| 11 - 1 | 01/10/05 | PLF 1-3 Address Change Notice. |
| 12 - 1 | 07/18/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 13 - 1 | 07/29/05 | PLF 1-3; DEF 1 Joint Response to Order. |
| 13 - 2 | 07/29/05 | PLF 1-3; DEF 1 Stipulation for a stay of proceedings for 120 days. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0110--CV (JWS)
"AGGIE WASKEY ET AL V USA"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 08/01/05 | JWS Order approving stip for a stay of proceedings (13-2) until 120 days from date of this ord; stat rpt due 11/1/05. cc: cnsl |
| 15 - 1 | 11/21/05 | Stipulation regarding pre-trial schedule. |
| 15 - 2 | 11/23/05 | JKS Order setting the following dates: Discovery to close 04/21/06; Dispositive motions deadline 05/12/06. cc: cnsl |