Kenneth S. Roosa
Cooke, Roosa & Valcarce
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276- 2746

Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Wassilie Waskey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>     Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:04-CV-110-JWS<br><br><br><br><br><br>**MOTION FOR SUBSTITUTION OF COUNSEL** |
|---|---|---|

Pursuant to Federal Local Rule 11.1(c)(1)[A](ii), Kenneth S. Roosa, attorney for Plaintiffs in this action, moves that he be permitted to withdraw as attorney for Wassilie Waskey only.  A potential conflict has arisen between the plaintiffs and Donna J. McCready is willing to represent Mr. Waskey in the matter.  Mr. Waskey may be served with process at the following address:

1

Donna J. McCready
Ashburn & Mason, PC
1130 W. Sixth Avenue, Suite 100
Anchorage, AK 99501
(907) 276-4331
(907) 277-8235 fax

                        COOK, ROOSA & VALCARCE, LLC
                        Attorneys for Plaintiffs

DATED March 28, 2006       /s/   Kenneth J. Roosa
                        3700 Jewel Lake Road
                        Anchorage, Alaska 99502
                        Phone: (907) 276-2744
                        Fax: (907) 276-2746
                        E-mail: ken@bushlawyers.com
                        Alaska Bar No. 8306061

     Donna J. McCready, from the law firm of Ashburn & Mason, P.C., hereby agrees to substitute as counsel for plaintiff, Wassilie Waskey in the above action.

                        ASHBURN & MASON, P.C.
                        Attorneys for Plaintiff

DATED March 28, 2006      /s/   Donna J. McCready
                        1130 West Sixth Avenue, Suite 100
                        Anchorage, Alaska 99501
                        Phone: (907) 276-4331
                        Fax: (907) 277-8235
                        E-mail: djm@anchorlaw.com
                        Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2006,
a copy of the foregoing Motion for Substitution of
Counsel was served electronically on:

>   Gary Guarino
>   U.S. Attorney's Office
>   222 West 7th Avenue, #9 – Room 253
>   Anchorage, AK  99513
>   271-2344 / fax


  /s/ Kenneth S. Roosa

3