IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | ) Case No. 3:04-CV-110-JWS<br>)<br>)<br>)<br>)<br>)<br>) **ORDER GRANTING SUBSTITUTION**<br>) **OF COUNSEL FOR PLAINTIFF**<br>) **WASSILIE WASKEY**<br>)<br>)<br>) |

IT IS HEREBY ORDERED that Cooke, Roosa & Valcarce, LLC may withdraw as counsel for Wassilie Waskey and that pursuant to Federal Local Rule 11.1(c)(1)[A](ii), Donna J. McCready of Ashburn & Mason, P.C., shall be substituted as counsel for plaintiff Wassilie Waskey.

DATED this ____ day of _____, 2006 at Anchorage, Alaska.

_____
John K. Sedwick
U.S. District Court Judge

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2006,
a copy of the foregoing __ was served electronically on:

       Gary Guarino
       U.S. Attorney's Office
       222 West 7th Avenue, #9 – Room 253
       Anchorage, AK  99513
       271-2344 / fax


/s/ Donna J. McCready