Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Wessilie Waskey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>   Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA<br><br>   Defendants. | Case No. 3:04-CV-110-JWS<br><br><br><br><br>**ENTRY OF APPEARANCE** |

  Donna J. McCready and Ashburn & Mason, PC, hereby enter their appearance as attorney of record for Wessilie Waskey, a plaintiff in the above-entitled matter and request that copies of all pleadings filed be directed to her at Ashburn & Mason, PC, 1130 W. Sixth Avenue, Suite 100, Anchorage, Alaska 99501.

//

                                          ASHBURN & MASON, P.C.
                                          Attorneys for Plaintiff

DATED     3/28/2006         /s/   Donna J. McCready
                                                 1130 West Sixth Avenue, Suite 100
                                               Anchorage, Alaska 99501
                                               Phone: (907) 276-4331
                                               Fax: (907) 277-8235
                                               E-mail: djm@anchorlaw.com
                                               Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2006, a copy of the foregoing Entry of Appearance was served electronically on:

| | |
|---|---|
| Gary Guarino | Kenneth S. Roosa |
| U.S. Attorney's Office | Cooke, Roosa & Valcarce |
| 222 West 7th Avenue, #9 – Room 253 | 3700 Jewel Lake Road |
| Anchorage, AK  99513 | Anchorage, AK 99502 |

 /s/      Donna J. McCready

P:\Clients\10439\Pleadings\Entry of Appearance.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

*Waskey v. USA;* Case No. 3:04-CV-110-JWS                                                                  Page 2 of 2