IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>           Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | ) Case No. 3:04-CV-110-JWS<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER GRANTING SUBSTITUTION**<br>) **OF COUNSEL FOR PLAINTIFF**<br>) **WASSILIE WASKEY**<br>)<br>)<br>) |

IT IS HEREBY ORDERED that Cooke, Roosa & Valcarce, LLC may withdraw as counsel for Wassilie Waskey and that pursuant to Federal Local Rule 11.1(c)(1)[A](ii), Donna J. McCready of Ashburn & Mason, P.C., shall be substituted as counsel for plaintiff Wassilie Waskey.

DATED this 4th day of April 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITES STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2006,
a copy of the foregoing __ was served electronically on:

   Gary Guarino
   U.S. Attorney's Office
   222 West 7th Avenue, #9 – Room 253
   Anchorage, AK  99513
   271-2344 / fax


 /s/ Donna J. McCready