Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, )<br>Individually and as Parents of              )<br>RONALD WASKEY, a Minor,                 )<br>                                                             )<br>                     Plaintiffs,                    )<br>       vs.                                                )<br>                                                             )<br>UNITED STATES OF AMERICA,       )<br>                                                             )<br>                     Defendant.                   )<br>_____) | Case No. 3:04-cv-0110-JWS |

## **STIPULATION TO EXTEND PRE-TRIAL DEADLINES**

The parties here, through undersigned counsel, hereby stipulate to change the pre-trial deadlines in this case.  Although this case has been on the docket for an extended period of time, this extension of the pre-trial deadlines is necessitated by the recent substitution of counsel, wherein Ashburn and Mason is substituted for Cooke, Roosa & Valcarce as counsel for Mr. Waskey.  After discussion among all counsel, it is respectfully requested that the Court extend the pre-trial schedule to the following dates:

    Exchange of Experts Reports                                 May 15, 2006

Final Witness List                         May 31, 2006

Close of Discovery                         July 14, 2006

RESPECTFULLY SUBMITTED this _____ day of April, 2006.

                                      COOKE, ROOSA & VALCARCE, LLC
                                      Attorneys for Plaintiffs

DATED _____        /s/   Kenneth J. Roosa_____
                                      Alaska Bar No. 8306061
                                      3700 Jewel Lake Road
                                      Anchorage, Alaska 99502
                                      Phone: (907) 276-2744
                                      Fax: (907) 276-2746
                                      E-mail: ken@bushlawyers.com

                                      ASHBURN & MASON, P.C.
                                      Attorneys for Plaintiff

DATED _____        /s/   Donna J. McCready_____
                                      Alaska Bar No. 9101003
                                      1130 West Sixth Avenue, Suite 100
                                      Anchorage, Alaska 99501
                                      Phone: (907) 276-4331
                                      Fax: (907) 277-8235
                                      E-mail: djm@anchorlaw.com


                                      ALBERTO GONZALES
                                      United States Attorney

DATED _____        /s/   Gary M. Guarino_____
                                      Assistant U.S. Attorney
                                      222 West 7th Ave., #9, Rm. 253
                                      Anchorage, AK  99513-7567
                                      Phone:  (907) 271-5071
                                      Fax:  (907) 271-2344
                                      E-mail:  gary.guarino@usdoj.gov