## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*AGGIE WASKEY, et al.*      v.    *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 3:04-cv-00110 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**           Date: April 12, 2006

    The stipulation at docket 19 to extend the deadline for exchanging expert witness reports until **May 15, 2006**, the deadline for final witness lists until **May 31, 2006**, and the deadline for close of discovery until **July 14, 2006** is **GRANTED**.

    The deadline for dispositive motions is hereby extended to **August 11, 2006**.

    The court will not likely grant any further request for enlarging time.