**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

AGGIE WASKEY, et al.,              )
                                   )
          Plaintiff(s),            )
                                   )        Case No. 3:04-cv-00110-JWS
v.                                 )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Defendant(s).            )
_____    )

**ORDER**
(Certification of Readiness for Trial)

        It appears that the pretrial calendar for this case has
been completed and that it should be ready for trial.  The court is
ready to schedule a final pretrial conference and trial and will do
so when the parties have complied with the following.

        (1)  Counsel for plaintiff shall consult with other
counsel and jointly certify that:

                (a)  discovery is complete;

                (b)  there are no outstanding procedural or legal
                     issues which are appropriate for resolution by
                     motion; and

                (c)  settlement has been seriously explored and is
                     deemed to be remote.  The court will arrange a
                     settlement conference with another judge upon
                     request, and use of this procedure will be
                     required unless counsel certify that the case
                     cannot be settled.

        (2) Counsel shall suggest at least two alternate trial

Order/certification of readiness for trial
[304cv110JWS-prop-ord-cert-case-rdy-trial.wpd]{IID1.WPD*Rev.12/96}

dates, at least one of which shall be approximately six months from the date of this order.

If counsel are not able to so certify, counsel for Plaintiff shall report to the court within fifteen (15) days from the date hereof what remains to be accomplished and when outstanding matters will be attended to.  In lieu of such report, counsel may request a status conference with the court.

DATED at Anchorage, Alaska, this 14th day of August, 2006.


/s/_____
John W. Sedwick
United States District Judge

Order/certification of readiness for trial
[304cv110JWS-prop-ord-cert-case-rdy-trial.wpd]{IID1.WPD*Rev.12/96}                    2