Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Wassilie Waskey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA<br><br>      Defendants. | Case No. 3:04-CV-110-JWS<br><br>**REQUEST FOR STATUS CONFERENCE** |

The parties have met regarding this case and the Court's August 14, 2006 order (re: certification of readiness for trial) and request that a status conference with the court be scheduled, preferably for the week of September 18, 2006.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED:   8/29/2006                       /s/   Donna J. McCready

Page 1 of 2

                                                        1130 West Sixth Avenue, Suite 100
                                                        Anchorage, Alaska 99501
                                                        Phone: (907) 276-4331
                                                        Fax: (907) 277-8235
                                                        E-mail: djm@anchorlaw.com
                                                        Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2006, a copy of the foregoing Request for Status Conference was served electronically on:

| | |
|---|---|
| Gary Guarino | Kenneth S. Roosa |
| U.S. Attorney's Office | Cooke, Roosa & Valcarce |
| 222 West 7th Avenue, #9 – Room 253 | 3700 Jewel Lake Road |
| Anchorage, AK 99513 | Anchorage, AK 99502 |

/s/ Donna J. McCready

P:\Clients\10439\Pleadings\Request for Status Conference.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

REQUEST FOR STATUS CONFERENCE
*Waskey et al. v. USA;* Case No. 3:04-CV-110-JWS      Page 2 of 2