**AMENDED**

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 AGGIE WASKEY, ET AL      vs.    UNITED STATES OF AMERICA 

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-CV-00110-JWS

DEPUTY CLERK/RECORDER:    SUZANNETTE DAVID / CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:  KENNETH ROOSA / DONNA MCCREADY

               DEFENDANT:  GARY GUARINO

PROCEEDINGS: STATUS CONFERENCE HELD 09/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:02 a.m. court convened.

Court and counsel heard re setting trial date and settlement
conference date.

Final Pretrial Conference set for **03/28/07 at 8:30 a.m.**
Trial by court set for **04/09/07 at 9:00 a.m.**

Court to issue trial scheduling order to parties.

Court directed parties to file a joint status report re
settlement prospects **on or before 11/18/06**.

At 8:15 a.m. court adjourned.

DATE: September 20, 2006     DEPUTY CLERK'S INITIALS: SCD/CME