Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0110-JWS<br><br><br>Motion to Extend Time<br>to File Dispositive Motions |

Plaintiff, through undersigned counsel, here by moves the Court for an Order reopening and extending the time for filing of dispositive motions.  Discovery in this case was delayed due largely to the complexity of the medical issues presented and the fact that the plaintiff's medical condition was in a state of flux.  Because of those factors, discovery was extended several times, and through inadvertance on the part of counsel, the deadline for filing dispositive motions was not similarly extended.

Discovery is now substantially complete.  Plaintiff was able to take the deposition of Dr. Anthony Portale, the United State's nephrology expert, on September 26, 2006.  The

transcript of that deposition has just recently been received. Based in part on the testimony of Dr. Portale, plaintiff Aggie Waskey would like the opportunity to file a partial motion for summary judgment on the issues of liabilty and causation. In addition, there is a divergence of opinion between counsel as to the appropriate measure of damages, whether it should be measured by the actual cost of medical care or by the amount paid by Medicare. That issue is very important to whether the case can be resolved short of trial, and is also appropriate for pre-trial resolution by the Court.

Accordingly, plaintiff Aggie Waskey, individually and on behalf of her son Ronald Waskey hereby move the Court for an order allowing dispositive motions on liability, causation, and the appropriate measure of damages to be filed no later than November 17, 2006.

DATED at Anchorage, Alaska, this 17 day of October, 2006.

**COOKE, ROOSA, & VALCARCE, LLC**
Attorneys for Plaintiff Aggie Waskey

By: /s/Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: (907) 276-2744
Fax: (907) 276-2746
Attorneys for Plaintiff
Email: Ken@Bushlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2006, a copy of the foregoing Motion to Extend Time to File Dispositive Motions was served electronically on:

Gary Guarino, Esq.
Assistant U.S. Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, AK  99513

Donna McCready, Esq.
Ashburn & Mason, PC
1130 W. 6th Ave., Suite 100
Anchorage, AK  99501


/s/ Kenneth Roosa