Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, ) Individually and as Parents of ) RONALD WASKEY, a Minor, ) | Case No. 3:04-cv-0110-JWS |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **PROPOSED** Order Granting the ) |
| ) | Motion to Extend Time |
| UNITED STATES OF AMERICA, ) | to File Dispositive Motions |
| ) | |
| Defendant. ) | |
| ————————————————— ) | |

## **PROPOSED ORDER**

THE COURT, having reviewed the Motion to Extend Time to File Dispositive Motions and

HEREBY ORDERS that the motion is granted.

DATED:_____              _____

                                 JOHN W. SEDWICK
                                 United States District Court Judge

Proposed Order
Case No. 3:04-cv-0110-JWS                    1