Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, ) Individually and as Parents of ) RONALD WASKEY, a Minor, ) ) Plaintiffs, ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | Case No. 3:04-cv-0110-JWS<br><br>Order Granting the Motion to Extend Time to File Dispositive Motions |

## **ORDER**

THE COURT, having reviewed the Motion to Extend Time to File Dispositive Motions and HEREBY ORDERS that the motion is granted.  All dispositive motions on liability, causation, and the appropriate measure of damages are to be filed no later than **November 17, 2006**.


DATED:  10/19/2006                                  /s/
                                                          JOHN W. SEDWICK
                                                          United States District Court Judge