Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Wassilie Waskey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No.: 3:04-CV-110-JWS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    Ashburn & Mason, P.C., counsel for Wassilie Waskey, has moved its offices. The new address as of October 23, 2006 is:

    1227 W. Ninth Avenue, Suite 200
    Anchorage, Alaska 99501

    Telephone and fax numbers remain the same.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C. |
|  | Attorneys for Plaintiff |
| DATED:  10/27/06 | /s/   Donna J. McCready |
|  | 1227 West 9th Avenue, Suite 200 |
|  | Anchorage, Alaska 99501 |
|  | Phone: (907) 276-4331 |
|  | Fax: (907) 277-8235 |
|  | E-mail: djm@anchorlaw.com |
|  | Alaska Bar No. 9101003 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, a copy of the foregoing Notice of Change of Address was served electronically on:

| | |
|---|---|
| Gary Guarino | Kenneth S. Roosa |
| U.S. Attorney's Office | Cooke, Roosa & Valcarce |
| 222 West 7th Avenue, #9 – Room 253 | 3700 Jewel Lake Road |
| Anchorage, AK  99513 | Anchorage, AK 99502 |

 /s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Notice of Change of Address.doc