Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:04-cv-0110-JWS<br><br>**PROPOSED** Order Granting Plaintiff's Motion for Partial Summary Judgment |

## **PROPOSED ORDER**

THE COURT, having reviewed the Motion for Partial Summary Judgment, HEREBY ORDERS that the motion is granted.

DATED:_____          _____
                                JOHN W. SEDWICK
                                United States District Court Judge