Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>                   Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br><br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:04-cv-0110-JWS<br><br><br><br>MOTION TO LIMIT ACCESS TO EXHIBITS FILED WITH MOTION FOR SUMMARY JUDGMENT |

Plaintiff, Aggie Waskey, individually and on behalf of her son Ronald Waskey , through undersigned counsel, here by move the Court for an Order Limiting Access to Exhibits (Exhibits 1, 2, and 3) that were filed with their Motion for Partial Summary Judgment filed with the Court on November 2, 2006.  These exhibits were inadvertantly filed without any restrictions.  In hindsight, they should have been filed "under seal" because they are medical records that contain personal and confidential information.

Accordingly, plaintiffs Aggie Waskey, individually and on behalf of her son Ronald

Waskey hereby move the Court for an Order Limiting Access to Exhibits.

DATED at Anchorage, Alaska, this 2nd day of November, 2006.


**COOKE, ROOSA, & VALCARCE, LLC**
Attorneys for Plaintiff Aggie Waskey



By:    /s/Kenneth S. Roosa
       Cooke, Roosa, & Valcarce
       3700 Jewel Lake Road
       Anchorage, Alaska  99502
       Phone:  (907) 276-2744
       Fax:  (907) 276-2746
       Attorneys for Plaintiff
        Email:  Ken@Bushlawyers.com


**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, a copy
of the foregoing  was served electronically on:

Gary Guarino, Esq.
Assistant U.S. Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, AK  99513

Donna McCready, Esq.
Ashburn & Mason, PC
1227 W. Ninth Ave, Suite 200
Anchorage, AK  99501


/s/ Kenneth Roosa