Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY,<br>Individually and as Parents of<br>RONALD WASKEY, a Minor,<br><br>    Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-0110-JWS<br><br>ORDER LIMITING ACCESS TO EXHIBITS FILED WITH MOTION FOR SUMMARY JUDGMENT |

  IT IS HEREBY ORDERED that based on the Motion to Limit Access to Exhibits filed by Plaintiff Aggie Waskey, individually and on behalf of her son Ronald Waskey, through their attorneys of record, the Cooke, Roosa & Valcarce, the Court Orders that Access to Exhibits 1, 2, and 3 filed with Plaintiffs' Motion for Partial Summary Judgment on November 2, 2006 will be limited.

DATED this ____ day of _____, 2006 at Anchorage, Alaska.

_____
John K. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006,
a copy of the foregoing document was served
electronically on:

    Gary Guarino
    U.S. Attorney's Office
    222 West 7th Avenue, #9 – Room 253
    Anchorage, AK  99513


    Donna McCready
    Ashburn & Mason
    1227 W. 9th Ave., Suite 200
    Anchorage, Alaska  99501


/s/ Kenneth S. Roosa

*WASKEY, et al.* v. *USA*
Case No. 3:04-cv-0110-JWS

2