Kenneth S. Roosa, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  907-276-2744
Facsimile:  907-276-2746
Email: Ken@Bushlawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  3:04-CV-0110-JWS<br><br>MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO LIMIT ACCESS TO EXHIBITS |

Plaintiffs Aggie Waskey, individually and on behalf of her son Ronald Waskey, by and through undersigned counsel, move this Court for an Order for Expedited Consideration of their Motion to Limit Access to Exhibits filed on November 1, 2006 with their Motion for Partial Summary Judgment.  Plaintiffs ask this court to expedite consideration of this motion to limit access to exhibits, because otherwise, if normal briefing schedule were permitted, irreparable harm may occur, confidential information may be accessed, and the Court's ruling in this matter would be moot.

U.S. Attorney, Gary Guarino, was contacted by Plaintiffs' counsel in the early morning of November 2, 2006, and has indicated that he does not oppose this motion .

DATED at Anchorage, Alaska this 2nd day of November 2006.

        COOKE, ROOSA, & VALCARCE, LLC
        Attorneys for Plaintiffs
        Aggie & Ronald Waskey


        By:  s/ Kenneth S. Roosa
          Kenneth S. Roosa
          Cooke, Roosa & Valcarce, LLC
          3700 Jewel Lake Road
          Anchorage, Alaska  99502
          Phone:  (907) 276-2744
          Fax:     (907) 276-2746
          E-mail:  ken@bushlawyers.com
          ABA No. 8306063


CERTIFICATE OF SERVICE

I certify that on November 2, 2006, a copy of
the foregoing document was served electronically on:

Gary Guarino, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice  District of Alaska
222 West 7th Avenue, #9  Room 253
Anchorage, AK  99513-7567

Donna J. McCready, Esq.
Ashburn & Mason
1227 W. 9th Ave., Suite 200
Anchorage, AK  99501



s/Kenneth S. Roosa