Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br><br>　　　　　Defendant. | Case No. 3:04-cv-0110-JWS<br><br>ORDER GRANTING<br> MOTION TO LIMIT ACCESS<br>TO EXHIBITS FILED WITH<br>MOTION FOR SUMMARY<br>JUDGMENT |

IT IS HEREBY ORDERED that based on the Motion for Expedited Consideration filed by Plaintiff Aggie Waskey, individually and on behalf of her son Ronald Waskey, through their attorneys of record, Cooke, Roosa & Valcarce, and U.S. Attorney Gary Guarino's non-opposition, the Court Orders that Expedited Consideration is Granted and the Plaintiffs' Motion to Limit Access to Exhibits filed with their Motion for Partial Summary Judgment on November 2, 2006 will be addressed on an expedited basis.

DATED this \_\_\_\_ day of _____, 2006 at Anchorage, Alaska.

_____
John K. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, a copy of the foregoing document was served electronically on:

Gary Guarino, Esq.
Assistant U.S. Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, AK  99513

Donna McCready, Esq.
Ashburn & Mason, PC
1227 W. Ninth Ave, Suite 200
Anchorage, AK  99501


/s/ Kenneth Roosa_____