IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AGGIE WASKEY and WESSILIE WASKEY, )
Individually and as Parents of                    )
RONALD WASKEY, a Minor,                    )  Case No. 3:04-cv-0110-JWS
                                                              )
                        Plaintiffs,              )
            vs.                                          )        ORDER GRANTING
                                                              )         MOTION TO LIMIT ACCESS
UNITED STATES OF AMERICA,            )        TO EXHIBITS FILED WITH
                                                              )        MOTION FOR SUMMARY
                                                              )        JUDGMENT
                                                              )
                        Defendant.            )
_____)

IT IS HEREBY ORDERED that based on the Motion for Expedited Consideration filed by Plaintiff Aggie Waskey, individually and on behalf of her son Ronald Waskey, through their attorneys of record, Cooke, Roosa & Valcarce, and U.S. Attorney Gary Guarino's non-opposition, the Court Orders that Expedited Consideration is Granted and the Plaintiffs' Motion to Limit Access to Exhibits filed with their Motion for Partial Summary Judgment on November 2, 2006 will be addressed on an expedited basis.

DATED this  2nd day of November, 2006 at Anchorage, Alaska.

            s/JOHN W. SEDWICK
            John W. Sedwick
            U.S. District Court Judge