IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY,<br>Individually and as Parents of<br>RONALD WASKEY, a Minor,<br><br>          Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:04-cv-0110-JWS<br><br>ORDER LIMITING ACCESS TO<br>EXHIBITS FILED WITH<br>MOTION FOR SUMMARY<br>JUDGMENT |

      IT IS HEREBY ORDERED that based on the Motion to Limit Access to Exhibits filed by Plaintiff Aggie Waskey, individually and on behalf of her son Ronald Waskey, through their attorneys of record, the Cooke, Roosa & Valcarce, the Court Orders that Access to Exhibits 1, 2, and 3 filed with Plaintiffs' Motion for Partial Summary Judgment on November 2, 2006 will be limited. As soon as possible the inadvertently filed records shall be sealed and access shall be limited to counsel for the parties and the court.

      DATED this 2nd day of November, 2006 at Anchorage, Alaska.

                             s/JOHN W. SEDWICK
                             John W. Sedwick
                             U.S. District Court Judge

ORDER LIMITING ACCESS TO EXHIBITS    1
*WASKEY, et al.* v. *USA*
Case No. 3:04-cv-0110-JWS