Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Wassilie Waskey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.:   3:04-CV-110-JWS<br><br><br>**JOINDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Wassilie Waskey, by and through his counsel, Ashburn & Mason, P.C., joins in the Motion for Partial Summary Judgment filed by Plaintiff Aggie Waskey, individually and for Ronald Waskey, a minor, for the reasons stated therein.

                                              ASHBURN & MASON, P.C.
                                              Attorneys for Plaintiff

DATED:  11/03/06              /s/   Donna J. McCready
                                              1227 West 9th Avenue, Suite 200
                                              Anchorage, Alaska 99501
                                              Phone: (907) 276-4331
                                              Fax: (907) 277-8235

ASHBURN & MASON p.c.
LAWYERS
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Tel 907.276.4331 • Fax 907.277.8235

        E-mail: djm@anchorlaw.com
        Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, a copy of the foregoing Joinder re: Motion for Partial Summary Judgment was served electronically on Gary Guarino and Kenneth S. Roosa:

        /s/ Donna J. McCready

P:\Clients\10439\Pleadings\Joinder-PSJ.doc

**JOINDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT**
*Waskey v. USA*, Case No. 3:04-CV-110-JWS    Page 2 of 2

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235