Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Wassilie Waskey

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 3:04-CV-110-JWS<br><br>**JOINDER RE: MOTION FOR RULE OF LAW ON APPLICABLE MEASURE OF DAMAGES** |

Plaintiff Wassilie Waskey, by and through his counsel, Ashburn & Mason, P.C., joins in the Motion for Rule of Law on Applicable Measure of Damages filed by Plaintiff Aggie Waskey, individually and for Ronald Waskey, a minor, for the reasons stated therein.

                                  ASHBURN & MASON, P.C.
                                  Attorneys for Plaintiff

DATED: 11/03/06           /s/   Donna J. McCready
                                  1227 West 9th Avenue, Suite 200
                                  Anchorage, Alaska 99501

ASHBURN & MASON P.C.
LAWYERS
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Tel 907.276.4331 · Fax 907.277.8235

Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, a copy of the foregoing Joinder re: Motion for Rule of Law on Applicable Measure of Damages was served electronically on Gary Guarino and Kenneth S. Roosa:

/s/ Donna J. McCready

P:\Clients\10439\Pleadings\Joinder-Rule of Law.doc

**JOINDER RE: MOTION FOR RULE OF LAW ON APPLICABLE MEASURE OF DAMAGES**
*Waskey v. USA*, Case No. 3:04-CV-110-JWS                                                                Page 2 of 2

ASHBURN & MASON p.c.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 • FAX 907.277.8235