NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RULE OF LAW ON APPLICABLE MEASURE OF DAMAGES** |

　　　　The parties, via undersigned counsel, stipulate that the United States

shall have until November 27, 2006 to file its Opposition to Plaintiffs' Motion for

Rule of Law On Applicable Measure of Damages.

|  |  |
|---|---|
|  | COOKE, ROOSA & VALCARCE |
| Dated: November 7, 2006 | s/ Kenneth S. Roosa (consent) <br> Attorney for Aggie Waskey |
|  | ASHBURN & MASON |
| Dated: November 7, 2006 | s/ Donna J. McCready (consent) <br> Attorney for Wassilie Waskey |
|  | NELSON P. COHEN <br> United States Attorney |
| Dated: November 7, 2006 | s/Gary M. Guarino <br> Assistant U.S. Attorney <br> 222 West 7th Ave., #9, Rm. 253 <br> Anchorage, AK 99513-7567 <br> Phone: (907) 271-5071 <br> Fax: (907) 271-2344 <br> E-mail: gary.guarino@usdoj.gov |