| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**[PROPOSED] ORDER** |

Based on the parties' stipulation, it is ORDERED that the United States shall have until November 27, 2006 to file its Opposition to Plaintiffs' Motion for Rule of Law On Applicable Measure of Damages.

Date: _____          _____
                                                                    John W. Sedwick
                                                                    United States District Court Judge