NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The parties, via undersigned counsel, stipulate that the United States shall have until November 27, 2006 to file its Opposition to Plaintiffs' Motion for Partial Summary Judgment.

|  |  |
|---|---|
|  | COOKE, ROOSA & VALCARCE |
| Dated: November 8, 2006 | s/ Kenneth S. Roosa (consent) <br> Attorney for Aggie Waskey |
|  | ASHBURN & MASON |
| Dated: November 8, 2006 | s/ Donna J. McCready (consent) <br> Attorney for Wassilie Waskey |
|  | NELSON P. COHEN <br> United States Attorney |
| Dated: November 8, 2006 | s/Gary M. Guarino <br> Assistant U.S. Attorney <br> 222 West 7th Ave., #9, Rm. 253 <br> Anchorage, AK 99513-7567 <br> Phone: (907) 271-5071 <br> Fax: (907) 271-2344 <br> E-mail: gary.guarino@usdoj.gov |