| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**[PROPOSED] ORDER** |

    Based on the parties' stipulation, it is ORDERED that the United States shall have until November 27, 2006 to file its Opposition to Plaintiffs' Motion for Partial Summary Judgment.

_____       _____
Date:                                          John W. Sedwick
                                             United States District Court Judge