AGGIE WASKEY and WASSILIE
WASKEY, Individually and as Parents of
RONALD WASKEY, a Minor,

        Plaintiffs,

   v.

UNITED STATES OF AMERICA

       Defendant.

Case No. 3:04-cv-00110-JWS

**ORDER**

      Based on the parties' stipulation, it is **ORDERED**  that the United States shall have until **November 27, 2006,** to file its Opposition to Plaintiffs' Motion for Rule of Law On Applicable Measure of Damages.

Date:  11/9/2006              /s/    John W. Sedwick
                                 United States District Court Judge