|  |  |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**ORDER** |

    Based on the parties' stipulation, it is ORDERED that the United States shall have until **November 27, 2006,** to file its Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Date: November 9, 2006             /s/ John W. Sedwick
                                   United States District Court Judge