NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**STATUS REPORT** |

      The United States, via undersigned counsel, submits this Status Report to the Court.  Undersigned counsel contacted counsel for the Plaintiffs prior to preparing this Status Report.  The parties are still in the process of assessing whether alternate dispute resolution and/or settlement negotiations will

be productive. The United States has not yet determined whether and to what extent it will engage in settlement negotiations and counsel for the United States has not been authorized to conduct settlement negotiations.

Plaintiffs have filed a Motion for Partial Summary Judgment (Docket 34) and a Motion for Rule of Law on Applicable Measure of Damages (Docket 32). The United States' responses to those motions are due to be filed on November 27, 2006. As Plaintiffs noted in their motion (Docket 32), the Court's resolution of the motion regarding the applicable measure of damages will assist the United States, as well as the Plaintiffs, in deciding whether settlement negotiations will be productive.

RESPECTFULLY SUBMITTED on November 21, 2006.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006 a copy of the foregoing STATUS REPORT was served electronically on Ken Roosa and Donna McCready.


s/ Gary M. Guarino