IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AGGIE WASKEY and WASSILIE )
WASKEY, individually and )
as parents of RONALD )
WASKEY, a Minor, )
)
      Plaintiffs, )
)
-vs- )  CASE NO. 3:04-cv-0110-JWS
)
UNITED STATES OF AMERICA, )
)
      Defendant. )
_____)

**CERTIFIED COPY**

DEPOSITION OF ANTHONY A. PORTALE, M.D.

Date:              Tuesday, September 26, 2006

Time:              9:08 a.m.

Location:         UCSF Faculty Building
                    533 Parnassus Street
                    Room U585
                    San Francisco, California

Reported by:       Joanmarie Torreano, CSR 6504
                    Certified Shorthand Reporter



**TORREANO** Shorthand Reporting, Inc.   Main 408.573.3613   2033 Gateway Place, Suite 500, San Jose, CA 95110
                                       Direct 408.371.0464   P.O. Box 320933, Los Gatos, CA 95032

EXHIBIT A

1  A. I think there should have been further testing
2  done to try to get to a diagnosis.
3  Q. And the testing that would have been done was
4  basically the same testing that was ultimately done in
5  2003?
6  A. Well, some testing was done in '98 that didn't
7  reveal the diagnosis, some blood testing was done. It's
8  not clear that a biopsy was mandatory at that time.
9  Q. Understood.
10 A. But there should have been further follow-up,
11 and at some point I imagine -- some point between that
12 time and 2003 he would have gotten a biopsy, but --
13 Q. Certainly before he turned up with a urine
14 level in the 6,000 range?
15 A. Before that, yes.
16 Q. And that would have been consistent monitoring
17 or should have been consistent monitoring between 1998
18 and 2003 of his blood pressure, his creatinine levels
19 and his proteinuria; correct?
20 A. There should have been, yes.
21 Q. And if those things had been done, it would
22 have inevitably have diagnosed his MPGN at an earlier
23 date; correct?
24 A. Earlier than 2003. It could have -- it could
25 have been that his protein excretion didn't reach a

1  certain threshold until sometime in '99 or even 2000,
2  because we don't really know what the rate of
3  progression was, and for example, patients with IGA
4  nephropathy can have gross hematuria and low-grade
5  proteinuria and we don't do a biopsy until the
6  proteinuria reaches a certain threshold, and that
7  threshold is arbitrary but would be considerably more
8  than 200 milligrams.
9           So it's conceivable it could have taken a year
10 or more for the condition to progress to the point where
11 someone said this doesn't look -- we should do a biopsy
12 now.
13          So I guess that's why I can't -- the precise
14 date at which he should have been diagnosed is -- it's
15 not necessarily in '98 or necessarily in '99, but there
16 should have been an earlier diagnosis than the one that
17 was made.
18     Q.   And the failure to make the diagnosis at an
19 earlier date doesn't meet minimum medical standards?
20     A.   I guess in the aggregate, knowing what was
21 going on in '98, '99 and what was found in 2003, he
22 should have been diagnosed earlier.
23     Q.   And at least on that point you and Dr. Andreoli
24 seem to agree.
25     A.   Good.

EXHIBIT A

```
 1   kidney and that is important.  I think the consequences
 2   of it are what we disagree about.
 3   BY MR. ROOSA:
 4       Q.   Okay.  Do you agree that if the remnant kidney
 5   is overworked that overwork can be attenuated by therapy
 6   with angiotensin converting enzyme inhibitors and
 7   angiotensin receptor blockers?
 8       A.   Yes.
 9       Q.   And that dietary restrictions may attenuate the
10   progression of renal therapy?
11       A.   Yes.
12       Q.   But that that's not a viable option for
13   children?
14       A.   It's not typical.
15       Q.   Adults don't like to have their diet restricted
16   either, do they?
17       A.   No.
18       Q.   Just read this to yourself, the next paragraph
19   beginning "Prednisone therapy."  I believe that's the
20   last paragraph of her report.
21       A.   Okay.
22       Q.   And what in that paragraph do you disagree
23   with?
24       A.   Well, she says that it is more likely that
25   therapy at the onset would have prevented irreversible
```

```
 1   kidney damage.  I disagree with that.  There are studies
 2   that show that even with therapy irreversible kidney
 3   damage occurs.  So I don't think it would have prevented
 4   it.
 5        Q.   Would it have reduced the amount of damage that
 6   he sustained in the interval?
 7        A.   Could have.
 8        Q.   More likely than not would have?
 9        A.   Given his response, which was favorable, it's
10   more likely that it would have reduced the extent.  So
11   says initiation of therapy at the onset would very
12   likely have prevented the kidney damage.  Well, I
13   already addressed that, and would have given him a very
14   good long-term prognosis and he would likely have not
15   needed a kidney transplant.
16             I think it certainly would have made him less
17   likely to need a kidney transplant.
18        Q.   Okay.
19        A.   Whether it would have prevented it is hard to
20   know; would have made it less likely.
21             "Because of the delay it is my opinion that Ron
22   will require renal replacement therapy in the form of
23   dialysis that would not otherwise have been required had
24   it been diagnosed and treated in 1998."
25             I don't agree with that.
```

EXHIBIT A

1   "So in other words, you know, today if he had a
2   biopsy we would see significantly more damage than 20
3   percent of his glomeruli scarred and damaged."
4           MR. GUARINO:  did you get that?
5           THE WITNESS:  Yes.
6   BY MR. ROOSA:
7       Q.  Do you agree that apart from the findings on
8   biopsy in July of 2003, there was additional damage to
9   his glomeruli that occurred between July of 2003, when
10  he first began Prednisone treatment, and May of 2006,
11  when he was declared to be in remission by Dr. Gitomer?
12          MR. GUARINO:  I object.  Foundation in terms of
13  the time frame.  I think you have to look at
14  Dr. Gitomer's records.  I don't think it's May 2006 that
15  that was made.
16          MR. ROOSA:  I think it is.
17          MR. GUARINO:  That's what I'm saying, I'm
18  objecting.  He can answer the question if he
19  understands.
20          THE WITNESS:  I don't think you're asking me
21  about necessarily when he went in remission.
22  BY MR. ROOSA:
23      Q.  No.
24      A.  Because it's not entirely clear.  There is one
25  urine test that shows that he has minimal proteinuria 12

EXHIBIT A

```
 1  months I believe or less and then there's another one
 2  that -- actually, there's one urine protein in April of
 3  '04, so that's ten months, that show remission, whereas
 4  subsequent ones, you know, still show proteinuria.  So
 5  he got better, got significantly better from the outset.
 6         I mean in September -- so he'd been on therapy
 7  for three months, his urine protein was down from 6.5 to
 8  4.8 grams.  He started getting better there.  And then I
 9  think I mentioned April, so he got better from the
10  outset.
11         I think it is reasonable to think that there
12  was some additional scarring with therapy.  That
13  scarring would have occurred regardless of when
14  -- probably would have occurred regardless of when
15  therapy was started, but I agree that there was
16  additional scarring.
17      Q.  And, of course, if the disease is progressive,
18  in that it goes more rapidly as the disease goes
19  forward?
20      A.  We don't know that.
21      Q.  Is it linear?
22      A.  Hmmm?
23      Q.  Is it strictly linear?  Let me explain my
24  question, what I mean by that question.  I'm sure you
25  know what linear means.
```

```
 1              If treatment began when he had -- let's say his
 2   proteinuria was 500, would it have taken as long for it
 3   to respond as it did when he began at 6,300?
 4        A.   Probably not.
 5        Q.   And would the amount of damage that occurred in
 6   the interval between the commencement of treatment and
 7   when he was doing much better have been as significant
 8   or severe as the damage that occurs in the interval
 9   between 6,300 and 4.3?
10        A.   I don't think we know that.  I don't think we
11   know that the -- whether the amount of scarring that
12   occurs on therapy correlates with the severity of the
13   illness at presentation.  I mean there's just not
14   enough -- not enough information on that.
15        Q.   But if it takes two years, nine months for the
16   therapy to become optimally effective, there's a time
17   issue there, isn't there?  That he's sustaining damage
18   between July of 2003 and sometime in early 2006, as
19   compared to sustaining damage over, one would assume, a
20   shorter period of time, given his response and what his
21   urine levels, his proteinuria levels were in reality, as
22   they fell?
23        A.   We don't know that.  There's no data on that.
24   All we know is that with therapy there's some damage.
25              There's a study that shows that patients that
```

EXHIBIT A

```
 1  have had the disease for four years untreated have about
 2  10 percent sclerosis.  Another group of patients who
 3  have been treated for four years have about 13 percent
 4  sclerosis, so I mean --
 5      Q.  You know, the great thing about medicine is
 6  that -- and the bad thing about medicine is that it
 7  enables one to make predictions based upon the behavior
 8  or responses of groups of people; right?  But it doesn't
 9  really tell you what to expect or what will happen in an
10  individual case; right?
11      A.  Right.
12      Q.  Yet in Ron's case we do know that maybe
13  similarly and maybe differently than studies have shown,
14  he had an incredibly good response to the therapy once
15  it was provided to him; correct?
16      A.  (No audible response.)
17      Q.  Would you say that it was a remarkable
18  response?
19      A.  You know, he had a good response.  You know,
20  Dr. Andreoli says in her deposition that 50 percent
21  respond and 50 percent don't, so does putting him in the
22  50 percent category, does that make him remarkable?  He
23  had a good response.
24      Q.  Have you often seen patients with a 6,300 level
25  of proteinuria go down to 4.1, 4.3?
```