| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**ORDER** |

The United States' unopposed motion for extension of time is GRANTED and it is ORDERED that the United States shall have until November 28, 2006 to file its Opposition to Plaintiffs' Motion for Rule of Law On Applicable Measure of Damages.

Date: Nov. 28, 2006            /s/ John W. Sedwick
                               United States District Court Judge