# Your Social Security Statement

**Prepared especially for Wassilie R. Waskey**

RECEIVED
JUL 2 8 2006
ASHBURN & MASON

July 17, 2006

```
x0018           000010092 01 MB   0.326
WASSILIE R. WASKEY
C/O DONNA J MCCREADY
ASHBURN & MASON PC
1130 W 6TH AVE STE 100
ANCHORAGE AK  99501-5914
```

See inside for your personal information →

### What's inside ...

- ▼ <u>Your Estimated Benefits</u> .................. 2
- ▼ <u>Your Earnings Record</u> ..................... 3
- ▼ Some Facts About Social Security .......... 4
- ▼ If You Need More Information ............. 4
- ▼ To Request This *Statement* In Spanish ...... 4
  (Para Solicitar Una Declaración en Español)

## ▼ What Social Security Means to You

We are pleased to send you the *Social Security Statement* you requested. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law.

Be sure to read this *Statement* carefully. If you think there may be a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of this *Statement* with your financial records.

**Social Security is for people of all ages...**
It can help you whether you're young or old, male or female, single or with a family. It's there for you when you retire, but it's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today. It is very important to remember that Social Security was never intended to be your only source of income when you retire. Social Security can't do it all. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

**About Social Security's future...**
Social Security is a compact between generations. For more than 60 years, America has kept the promise of security for its workers and their families. But now, the Social Security system is facing serious future financial problems, and action is needed soon to make sure that the system is sound when today's younger workers are ready for retirement.

Today there are almost 36 million Americans age 65 or older. Their Social Security retirement benefits are funded by today's workers and their employers who jointly pay Social Security taxes — just as the money they paid into Social Security was used to pay benefits to those who retired before them. Unless action is taken soon to strengthen Social Security, in just 11 years we will begin paying more in benefits than we collect in taxes. Without changes, by 2040 the Social Security Trust Fund will be exhausted.* By then, the number of Americans 65 or older is expected to have doubled. There won't be enough younger people working to pay all of the benefits owed to those who are retiring. At that point, there will be enough money to pay only about 74 cents for each dollar of scheduled benefits. We will need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations as it has done in the past.

**Social Security On The Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits, apply for retirement, spouse's or disability benefits, or subscribe to *eNews* for up-to-date information about Social Security.

*Jo Anne Barnhart*
Jo Anne B. Barnhart
Commissioner

\* These estimates of the future financial status of the Social Security program were produced by the actuaries at the Social Security Administration based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

071706E 00X 10092

EXHIBIT A

# ▼ Your Estimated Benefits

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $970 of wages or self-employment income. When you've earned $3,880, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible.

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you an estimate now. If you continue to work, we'll give you a benefit estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For the first retirement amount shown, and your credits through 2006, we assumed you would stop work at the retirement age you gave us. For later retirement ages, we assumed you will continue working up to those ages. In all the estimates, we used the earnings amounts you gave us for last year, this year and future years.

We can't provide your actual benefit amount until you apply for benefits. **And that amount may differ from the estimates stated below because:**
(1) Your earnings may increase or decrease in the future.
(2) Your estimated benefits are based on current law. **The law governing benefit amounts may change.\***
(3) Your benefit amount may be affected by **military service, railroad employment or pensions earned through work on which you did not pay Social Security tax.** Visit *www.socialsecurity.gov/mystatement* **to see whether your Social Security benefit amount will be affected.**

Generally, estimates for older workers are more accurate than those for younger workers because they're based on a longer earnings history with fewer uncertainties such as earnings fluctuations and future law changes.

These estimates are in today's dollars. After you start receiving benefits, they will be adjusted for cost-of-living increases.

---

▼ **\*Retirement**  You have earned enough credits to qualify for benefits. At your current earnings rate, if you stop working and start receiving benefits...
  At age 60, then at 62, your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . $   438  a month
  If you continue working until...
    your full retirement age (67 years), your payment would be about . . . . . . . . . . $   622  a month
    age 70, your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   771  a month

▼ **\*Disability**  You have earned enough credits to qualify for benefits. If you became disabled right now...

  Your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   662  a month

▼ **\*Family**  If you get retirement or disability benefits, your spouse and children also may qualify for benefits.

▼ **\*Survivors**  You have earned enough credits for your family to receive survivors benefits. If you die this year, certain members of your family **may** qualify for the following benefits:
  Your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   600  a month
  Your spouse who is caring for your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   600  a month
  Your spouse, if benefits start at full retirement age . . . . . . . . . . . . . . . . . . . . . $   800  a month
  Total family benefits cannot be more than . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  1,201  a month

  Your spouse or minor child may be eligible for a special one-time death benefit of $255.

▼ **Medicare**  You have earned enough credits to qualify for Medicare at age 65. Even if you do not retire at age 65, be sure to contact Social Security three months before your 65th birthday to enroll in Medicare.

**\*Your estimated benefits are based on current law. Congress has made changes to the law in the past and can do so at any time. The law governing benefit amounts may change because, by 2040, the payroll taxes collected will be enough to pay only about 74 percent of scheduled benefits.**

### We based your benefit estimates on these facts:

Your date of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 3, 1960
2005 earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Over $90,000
2006 earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Over $94,200
Your estimated taxable earnings per year after 2006 . . . . . . . . . . . . . None
Age you plan to stop working . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
Your Social Security number (only the last four digits
  are shown to help prevent identity theft) . . . . . . . . . . . XXX-XX-8525

---

2

EXHIBIT A

# ▼ Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you are entitled.

▼ **Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

▼ **There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

▼ **Call us right away** at 1-800-772-1213 (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of Page 4.)

## Your Earnings Record at a Glance

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|
| 1975 | $ 197 | $ 197 | 1990 | $ 1,906 | $ 1,906 |
| 1976 | 468 | 468 | 1991 | 4,120 | 5,316 |
| 1977 | 84 | 84 | 1992 | 1,503 | 1,503 |
| 1978 | 3,240 | 3,240 | 1993 | 8,970 | 8,970 |
| 1979 | 0 | 0 | 1994 | 7,186 | 7,186 |
|      |   |   | 1995 | 1,644 | 1,644 |
| 1980 | 1,281 | 1,281 | 1996 | 5,654 | 5,654 |
| 1981 | 3,729 | 3,729 | 1997 | 2,280 | 2,280 |
| 1982 | 0 | 0 | 1998 | 721 | 721 |
| 1983 | 2,394 | 2,394 | 1999 | 5,329 | 5,329 |
| 1984 | 1,624 | 1,624 |      |   |   |
| 1985 | 1,768 | 1,768 | 2000 | 2,540 | 2,540 |
| 1986 | 189 | 189 | 2001 | 4,829 | 4,829 |
| 1987 | 598 | 598 | 2002 | 4,394 | 4,394 |
| 1988 | 1,009 | 1,009 | 2003 | 5,255 | 5,255 |
| 1989 | 2,512 | 2,512 | 2004 | 9,951 | 9,951 |
|      |   |   | 2005 | 4,644 | 4,644 |

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:
  You paid:             $5,425
  Your employers paid:  $5,425

Estimated taxes paid for Medicare:
  You paid:             $1,272
  Your employers paid:  $1,272

**Note: You currently pay 6.2 percent of your salary, up to $94,200, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.**

# ▼ Some Facts About Social Security

### About Social Security and Medicare ...
Social Security pays retirement, disability, family and survivors benefits. Medicare, a separate program run by the Centers for Medicare and Medicaid Services, helps pay for inpatient hospital care, nursing care, doctors' fees and other medical services and supplies to people age 65 and older, or to people who have been receiving Social Security disability benefits for two years **or more**. Your Social Security covered earnings qualify you for both programs. For more information about Medicare, visit **www.medicare.gov** or call **1-800-633-4227 (TTY 1-877-486-2048** if you are deaf or hard of hearing).

*Here are some facts about Social Security benefits:*

▼ **Retirement** — If you were born before 1938, your full retirement age is 65. Because of a 1983 change in the law, the full retirement age will increase gradually to 67 for people born in 1960 and later.
   Some people retire before their full retirement age. You can retire as early as age 62 and take your benefits at a reduced rate. If you continue working after your full retirement age, you can receive higher benefits because of additional earnings and special credits for delayed retirement.

▼ **Disability** — If you become disabled before full retirement age, you can receive disability benefits after six months if you have:
   — enough credits from earnings (depending on your age, you must have earned six to 20 of your credits in the three to 10 years before you became disabled); and
   — a physical or mental impairment that's expected to prevent you from doing "substantial" work for a year or more, *or* result in death.

▼ **Family** — If you're eligible for disability or retirement benefits, your current or divorced spouse, minor children, or adult children disabled before age 22 also may receive benefits. Each may qualify for up to about 50 percent of your benefit amount. The total amount depends on how many family members qualify.

▼ **Survivors** — When you die, certain members of your family may be eligible for benefits:
   — your spouse age 60 or older (50 or older if disabled, or any age if caring for your children younger than age 16); and
   — your children if unmarried and younger than age 18, still in school and younger than 19 years old, or adult children disabled before age 22.
   If you are divorced, your ex-spouse could be eligible for a widow's or widower's benefit on your record when you die.

### Receive benefits and still work ...
You can continue to work and still get retirement or survivors benefits. If you're younger than your full retirement age, there are limits on how much you can earn without affecting your benefit amount. The limits change each year. When you apply for benefits, we'll tell you what the limits are at that time and whether work would affect your monthly benefits. When you reach full retirement age, the earnings limits no longer apply.

### Before you decide to retire ...
Think about your benefits for the long term. Everyone's situation is different. For example, be sure to consider the advantages and disadvantages of early retirement. If you choose to receive benefits before you reach full retirement age, your benefits will be permanently reduced. However, you'll receive benefits for a longer period of time.
   To help you decide when is the best time for you to retire, we offer a free booklet, *Social Security — Retirement Benefits* (Publication No. 05-10035), that provides specific information about retirement. You can calculate future retirement benefits on our website at **www.socialsecurity.gov** by using the *Social Security Benefit Calculators*. There are other free publications that you may find helpful, including:

▼ *Understanding The Benefits* (No. 05-10024) — a general explanation of all Social Security benefits;

▼ *Your Retirement Benefit: How It Is Figured* (No. 05-10070) — an explanation of how you can calculate your benefit;

▼ *Windfall Elimination Provision* (No. 05-10045) — how it affects your retirement or disability benefits;

▼ *Government Pension Offset* (No. 05-10007) — an explanation of a law that affects spouse's or widow(er)'s benefits; and

▼ *Identity Theft And Your Social Security Number* (No. 05-10064) — what to do if you're a victim of identity theft.

   We also have other leaflets and fact sheets with information about specific topics such as military service, self-employment or foreign employment. You can request Social Security publications at **www.socialsecurity.gov** or by calling us at **1-800-772-1213.**

---

**If you need more information**—Visit *www.socialsecurity.gov/mystatement* on the Internet, contact any Social Security office, call **1-800-772-1213** or write to Social Security Administration, Office of Earnings Operations, P.O. Box 33026, Baltimore, MD 21290-3026. If you're deaf or hard of hearing, call **TTY 1-800-325-0778.** If you have questions about your personal information, you must provide your complete Social Security number. If your address is incorrect on this *Statement,* ask the Internal Revenue Service to send you a Form 8822. We don't keep your address if you're not receiving Social Security benefits.

**Para solicitar una *Declaración* en español, llame al 1-800-772-1213**

---
4

Form SSA-7005-SM-OR(05/06)

EXHIBIT A