United States General Accounting Office

# GAO

Report to Congressional Committees

June 2004

# MEDICARE DIALYSIS FACILITIES

## Beneficiary Access Stable and Problems in Payment System Being Addressed



GAO
Accountability ★ Integrity ★ Reliability

GAO-04-450

EXHIBIT B

June 2004

# GAO Highlights

Highlights of GAO-04-450, a report to congressional committees

## MEDICARE DIALYSIS FACILITIES

### Beneficiary Access Stable and Problems in Payment System Being Addressed

### Why GAO Did This Study

Medicare covers about 90 percent of patients with end-stage renal disease (ESRD), the permanent loss of kidney function. Most ESRD patients receive regular hemodialysis treatments, a process that removes toxins from the blood, at a dialysis facility. A small percentage dialyzes at home. From 1991 through 2001, the ESRD patient population more than doubled, from about 201,000 to 406,000. As the need for services grows, so do concerns about beneficiary access to and Medicare payment for dialysis services. The Medicare, Medicaid, and SCHIP Benefits Improvement and Protection Act of 2000 directed GAO to study beneficiaries' access to dialysis services. In this report, GAO (1) assessed the supply of dialysis facilities and the services they provide, overall and relative to beneficiary residence, and (2) assessed the extent to which Medicare payments for dialysis services are adequate and the methodology is appropriate.

In order to assess the supply of dialysis facilities, GAO used Facility Surveys collected by the Centers for Medicare & Medicaid Services (CMS) and outpatient claims, the bills submitted to Medicare by providers of certain outpatient services from 1998 through 2001. To assess the adequacy of Medicare payment and the appropriateness of the payment methodology, GAO used 2001 Medicare cost reports and outpatient claims submitted by freestanding dialysis facilities.

www.gao.gov/cgi-bin/getrpt?GAO-04-450.

To view the full product, including the scope and methodology, click on the link above. For more information, contact A. Bruce Steinwald at (202) 512-7119.

### What GAO Found

GAO found that from December 31, 1998, through December 31, 2001, the total number of dialysis facilities nationwide increased at about the same rate as the Medicare dialysis population, 16 and 15 percent, respectively, and the total number of stations (that is, treatment areas and equipment, including dialysis machines, needed to dialyze the patient) increased by over 24 percent, a rate greater than the growth in the Medicare dialysis population. The dialysis industry opened facilities in more counties across the country, although facilities were more likely to be available to beneficiaries in urban counties than in rural counties. In addition, while almost all facilities provided in-facility hemodialysis, fewer facilities provided home dialysis.

GAO estimates that total payments to freestanding dialysis facilities exceeded providers' allowable costs by 3 percent in 2001. Although payments were higher than costs overall, payments did not meet costs for small facilities. In addition, composite rate payments, intended to cover the costs of dialysis services associated with a treatment, including nursing, supplies, social services, and certain laboratory tests, were 11 percent less than the costs of providing those services, while payments for separately billed drugs, drugs not included in the composite rate, exceeded the costs of those services by 16 percent. Because of this imbalance, providers have an incentive to maximize the use of profitable separately billed drugs to compensate for inadequate payments under the composite rate.

CMS generally agreed with GAO's findings. The agency noted that it has been working to redesign the payment system since 2000. Under the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA), the Secretary of Health and Human Services is required to develop a report by October 1, 2005 detailing the elements and features necessary in the design and implementation of a broader payment system that includes separately billed drugs. MMA also requires the Secretary to conduct a 3-year demonstration project, beginning January 1, 2006, that uses a broader payment system incorporating patient characteristics identified in the report.

United States General Accounting Office

EXHIBIT B

**GAO**
Accountability * Integrity * Reliability

United States General Accounting Office
Washington, DC 20548

June 25, 2004

Congressional Committees

Medicare covers approximately 90 percent of all individuals who have end-stage renal disease (ESRD), the permanent loss of kidney function, and treatment of the disease results in substantial costs to the Medicare program. In 2001, Medicare spent an average of approximately $46,600 on services for each beneficiary with ESRD, while the average per-beneficiary spending across the entire Medicare population was about $6,200. ESRD-related expenditures have increased rapidly and are expected to continue to increase. From 1991 through 2001, the number of individuals with ESRD more than doubled, increasing from about 201,000 to 406,000. During the same time, while total Medicare expenditures increased by 108 percent, ESRD program expenditures increased by 166 percent, to almost $15.4 billion in 2001. The ESRD population is projected to reach approximately 650,000 by 2010.[1]

Although some receive kidney transplants, most individuals with ESRD depend on regular treatments of dialysis, a process in which excess fluids and wastes are removed from the blood.[2] In 2001, about 90 percent of all dialysis patients underwent hemodialysis, typically three times per week, at one of almost 4,000 outpatient renal dialysis facilities nationwide.[3] In that same year, less than 1 percent of hemodialysis patients dialyzed at home, and nearly all peritoneal dialysis (PD) patients dialyzed at home.[4] Nationwide, about 200 hemodialysis patients dialyze five to seven times per week, known as daily hemodialysis, which is thought by some clinicians to improve patient outcomes.

---

[1] See J.L. Xue, et al., "Forecast of the Number of Patients with End-Stage Renal Disease in the United States to the Year 2010," *Journal of the American Society of Nephrology*, vol. 12 (2001): 2753-2758.

[2] Dialysis is administered either by a machine that filters blood through an artificial kidney (hemodialysis) or by filtering the blood through the lining of the patient's abdominal area, called the peritoneal membrane (peritoneal dialysis).

[3] In this report, we refer to outpatient renal dialysis facilities as "dialysis facilities."

[4] In this report, we use the term "hemodialysis" to refer to in-facility hemodialysis, and we use the term "home dialysis" to include both PD and home hemodialysis.

EXHIBIT B