IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AGGIE WASKEY and WASSILIE )
WASKEY, individually and )
as parents of RONALD )
WASKEY, a Minor, )
                                  )
         Plaintiffs, )
                                  )
-vs- )   CASE NO. 3:04-cv-0110-JWS
                                  )
UNITED STATES OF AMERICA, )
                                  )
         Defendant. )
_____)

## CERTIFIED COPY

DEPOSITION OF ANTHONY A. PORTALE, M.D.

Date:                Tuesday, September 26, 2006

Time:                9:08 a.m.

Location:           UCSF Faculty Building
                        533 Parnassus Street
                        Room U585
                        San Francisco, California

Reported by:        Joanmarie Torreano, CSR 6504
                        Certified Shorthand Reporter



TORREANO Shorthand Reporting, Inc.
Main   408.573.3613    2033 Gateway Place, Suite 500, San Jose, CA 95110
Direct  408.371.0464    P.O. Box 320933, Los Gatos, CA 95032

EXHIBIT C

```
 1  to it, but --
 2  BY MR. ROOSA:
 3      Q.  Well, we can talk about possibilities.  It's
 4  possible that we'll all get hit by an asteroid before we
 5  can finish this conversation, but it's not probable.  In
 6  fact, it's highly unlikely.
 7          How would you assess the likelihood of Ron
 8  Waskey suffering renal death during his lifetime, or
 9  failure?
10      A.  Well, you know, it's hard to answer that
11  question for several reasons.  One, I don't follow
12  patients beyond their childhood, so I can't say based on
13  my own experience.
14          The literature goes out to 20, 22 years.
15  Literature says that by that time 90 percent of people
16  are on kidney failure, but it also shows quite clearly
17  that patients who have nephrotic syndrome at
18  presentation are well at 22 years post, and Dr. McEnery
19  has reported such children.
20          Ronald had nephrotic syndrome and now he's in
21  remission.  So how can you say?  I think the likelihood
22  that he will develop kidney failure over the next 15
23  years is kind of what we talked about earlier.  I think
24  that's very low; more likely than not he will not.  His
25  entire lifetime?  It's impossible to say.  He could have
```