IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AGGIE WASKEY and WESSILIE
WASKEY, Individually and as
Parents of RONALD WASKEY, a
Minor,

    Plaintiffs,

-vs-

UNITED STATES OF AMERICA,

    Defendant.
_____/
Case No. A04-00110CV

DEPOSITION OF DR. JEREMY GITOMER

Pages 1 - 102 inclusive

Tuesday, May 23, 2005, 1:45 p.m.

Anchorage, Alaska

# Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

EXHIBIT D

Page 21

actually did all the original studies. He's done all of the trials, in fact, he came up with all the treatment protocols. He said he's only seen two in his whole career. And he had --

Q. Two --

A. Two that were early and never progressed. So I think that's unusual, because he's basically, for a while he saw everyone. Everybody referred him patients.

MR. ROOSA: When you say trials, let's clarify here, you're not meaning legal trials, you mean clinical trials?

THE WITNESS: Clinical trials.

BY MR. GUARINO:

Q. So it's hard to know, because you haven't had enough experience, if there are patients walking around with MPGN who aren't showing symptoms. Your experience is the overwhelming majority of patients have symptoms when they are diagnosed?

A. Well, you can find some that don't have blood in the urine, just with protein in the urine. I mean, but symptoms meaning -- I guess, I'm talking about kidney function loss over time.

Q. Well, of those patients in the normal, you know, in the normal model where they have symptoms or they are

Page 22

showing clinical signs, I realize you can't be precise and say it's two years or six months, but is there any, sort of expected progression?

A. I opened up the book, because it's impossible to remember this.

Q. Could you cite that?

A. This is the Pediatric Nephrology edited by Barrett, which is the pediatric nephrology textbook. And a study from '83, which is still valid today, at ten years, about half the patients have lost their kidney function, both type 1 and type 2.

Q. Is there any difference in that progression from type 1 versus type 2?

A. No, they are identical at ten years.

Q. So when you said type 2 is more aggressive, is that -- is that not related to this issue or is it related to some other problem with the disease?

A. They tend to have a lot more protein in the urine and just tend to be sicker. It has more to do with the amount of protein in the urine.

MR. ROOSA: My recollection is, excuse me, you said that type 2 was a very aggressive disease, generally, not necessarily compared to type 1 or 3, just generally it was an aggressive kidney disease.

THE WITNESS: Exactly, it's aggressive. Any

Page 23

MPGNs are aggressive, but type 2 is very aggressive.

Again, here a second study showing a little bit different data, type 1 disease at ten years with an 80 percent renal survival, meaning they are not on dialysis or transplanted, versus 50 percent for type 2. And at 15 years it's 50 percent for type 1 versus 20 percent for type 2.

BY MR. GUARINO:

Q. In terms of that second study then, and again I'm not universalizing this for every case, but that study would suggest that type 2 was a less positive, or had a less positive prognosis for patients?

A. Type 2 is definitely, in peds nephrology, considered the one that you don't want to see. It's an aggressive disease, which is not easily treated.

Q. Let me ask you maybe a simple question, once you have MPGN, let me ask you for type 2, do you always have it? I mean, is it like some other infection where you might not suffer the effects of it or might lie dormant but you still have it in your system?

A. You know, patients don't go into remission, so they always have it. Now, they may become quiescent, they may have improvement in their symptoms. They may not degrade as quickly, but you will always have evidence of disease.

Page 24

Q. So there's no cure in the sense of, you know, even like cancer where someone could say, well, we've removed all of the cancer, we can't find anymore cancer in your body, it's gone. It might come back, but it's gone. When you got MPGN it may be active or not active but you have got it?

A. Right. Whenever you look at the biopsy you will always see the pathologic findings. Not every kid ends up on dialysis. If you can get the protein down to normal, those kids should have a reasonably good or even normal kidney survival.

Q. When you say that, what do you mean, can they grow up to be adults with healthy kidneys?

A. Uh-huh.

Q. Of the patients you've treated, have you had any patients who have achieved that?

A. They've all done poorly.

Q. And of the -- and again, at any time if you don't have the ability to give me an estimate or give me information or if you could point me to other research where we could find that, of the population of children with MPGN type 2, what percentage of kids end up growing up with normal kidney function as adults? Is that the research you just cited a little while ago in terms of studies?

Page 25

1    A. Type 2 -- median times for end-stage dialysis,
2  if type 2 is eight years, versus 15 years for type 1, 15
3  years for type 2.
4       Or if you want to look at what we call kidney
5  survival at ten years, 50 percent for type 2, versus 64
6  percent for type 1 or 83 percent for type 3.
7       So again, a much worse prognosis. I have never
8  seen an article describing someone with type 2 having,
9  you know, normal renal function.
10   Q. Let me ask you a little bit about when you get
11 to the stage in a patient where they're having, kind of,
12 end-stage renal disease - if I'm using that term
13 incorrectly, let me know - the point at which they are
14 starting to need dialysis treatment?
15   A. Yes, or transplant.
16   Q. From a layman's perspective, I think of dialysis
17 a step before transplant.
18   A. No, pediatrics would generally transplant before
19 dialysis, if possible.
20   Q. Why is that?
21   A. Better survival.
22   Q. Okay --
23   A. Plus dialysis is a poor lifestyle for a child.
24 Dialysis in pediatric nephrology is considered a less
25 optimal therapy than transplant because in transplant you

Page 26

1  can go to school, you can socialize, you can interact
2  with your peers, whereas dialysis, you are either doing
3  the therapy at home that's quite time consuming or you're
4  going to a center three or four times a week for three or
5  four hours a day. Obviously it's difficult to go to
6  school or to interact.
7    Q. That's what I wanted to get a sense of, and I
8  don't need all the details, but in terms of dialysis, my
9  layman's perspective was that you have to go every other
10 day, you go down to a lab somewhere, you sit for a couple
11 of hours and have your blood filtered?
12   A. That's pretty true. For pediatrics, probably at
13 about eight or nine, below that everybody is four to five
14 days a week for three hours of treatment. Above that we
15 try and do three days a week for four hours of treatment.
16 It's four hours on the machine. Obviously it takes time
17 to get there, get hooked up, get your needles in place,
18 get things going, unhook them, rinse the machine back and
19 let them go. So really it's about a five-hour procedure.
20   Q. And is there some age at which that calculation
21 changes where you say, okay, now we would consider
22 dialysis before we would go to transplant?
23   A. No, really even in adults, pretty much for every
24 category of patients transplant has a better survival
25 long term than dialysis.

Page 27

1    Q. And have you had any experience with patients
2  with MPGN who have had transplants?
3    A. Yes.
4    Q. Any children who have had transplants?
5    A. Yes.
6    Q. And what that has their prognosis been after
7  they've had transplants?
8    A. Historically it's been 90 percent recurrence.
9    Q. Are we talking of either MPGN 1 or 2?
10   A. 2.
11   Q. So even after transplant, MPGN comes back?
12   A. Yeah. Type 2 recurs with occurrence rate of 88
13 percent. It only causes graft failure in a minority of
14 patients, but it does come back and they have protein in
15 their urine.
16   Q. When you say graft failure, you mean a rejection
17 of the transplant?
18   A. Not necessarily rejection, but wearing it out.
19 This would be the original disease causing graft failure
20 as opposed to your immune system causing -- allowing a
21 rejection.
22       MR. ROOSA: Not a rejection, but it's the actual
23    failure of the organ itself to function?
24       THE WITNESS: Exactly.
25 BY MR. GUARINO:

Page 28

1    Q. So your body accepted it, but it just isn't
2  working properly?
3    A. Most patients will have protein in the urine,
4  again 88 percent. And that's -- I think that's held true
5  over time, no one's ever disputed that number.
6    Q. Let me take that scenario out, then, for
7  children who might have a transplant and who are likely,
8  ninety percent, perhaps, likely to have a reoccurrence,
9  what is their long-term progression, do they then face
10 another transplant down the road?
11   A. If their graft fails, they get another
12 transplant or dialysis. We try and get a transplant
13 before they fail completely. Again, just for more
14 societal issues and socialization than medical issues.
15   Q. And, again I'm asking pretty simple question,
16 because I haven't dealt with a case like this before --
17   A. This isn't a simple disease.
18   Q. If you have a child who gets a transplant, I
19 assume you're getting child sized kidneys to transplant
20 into them?
21   A. No. We actually, after you are over 22 pounds,
22 we put an adult kidney in. In fact, you have, if you put
23 a child's kidney in a child, they do very poorly. We
24 don't do that anymore.
25   Q. So they actually get an adult kidney, so it's

Page 93

1  A. Protocol's been around for 20 years.
2  Q. Is it fair to say that if he had been put on
3  treatment five years earlier that his response would have
4  begun five years earlier, his response to the
5  medications?
6  A. Yes.
7  Q. And that he would have begun the medication
8  regimen with five years less kidney damage?
9  A. Yes.
10 Q. And that, therefore, the delay in treatment was
11 detrimental to the health of his kidneys and caused
12 damage to his kidneys?
13 A. Yes.
14 Q. Is a five-year delay in treatment standard of
15 care in your business?
16 A. No.
17 Q. It's not even close, is it?
18 A. It's not ideal.
19 Q. Would you say that Ron is still on track for
20 kidney transplant between ages of 20 and 30?
21 A. Unlikely.
22 Q. What do you expect his outcome to be?
23 A. Difficult to predict, but if he stays on the
24 course that he's doing, I actually think that he will do
25 well, probably until he's in his 50s or 60s.

Page 94

1      It is very difficult to predict the future. But
2  right now he's got preserved kidney function, he is as
3  close to remission as I might ever be able to get him.
4  This may be as good as it gets, because he's got enough
5  damage that this may be the best he is. Historically, if
6  you can get the protein/creatinine ratio to .5, patients
7  do as well as the general population. So he would, many
8  people call it in remission. I don't like to say it
9  until I hit them hard enough to get them down to .2 or
10 less, but he's essentially in remission. As long as he
11 will stay in remission, he should do well for a long
12 time. Hypertension and all these other things have to be
13 treated but --
14 Q. And you're saying that you think that he will do
15 well to maybe around 50 or so, because he still has 75 or
16 so percent of his function?
17 A. Right. So he's lost some function and, you
18 know, I mean it could be 60, 70. It's very difficult to
19 predict the future. I know since I've cared for him, he
20 hasn't lost function, he's actually gained function.
21 He's gone on his last 24-hour urine that was about a year
22 ago, he had almost a hundred percent function. I know
23 it's a false positive, but still he has an improvement in
24 comparison to the previous one.
25     So my hope would be that some of the damage

Page 95

1  would actually reverse itself. We have evidence that in
2  patients if you can get their protein down to normal that
3  partially damaged vessels or even significantly damaged
4  vessels can reverse themselves. It takes years, three,
5  four, five, ten years. So it's possible that he could go
6  an extended period of time without getting into trouble.
7  Of course then the future is hard to predict, what if he
8  gets diabetes and other things.
9  Q. Do you think his long-range prospects would be
10 better if he had started the treatment with 3 or 5 or 8
11 or 10 percent loss of function rather than 20 or 25?
12 A. More kidney is always better.
13 Q. Is that why -- that 25 percent loss that we are
14 ballparking here, is that the reason why you are saying
15 even if he goes into remission right now, he is not going
16 to make it to the end of a normal life expectancy?
17 A. Well, now, the Native life expectancy is
18 different. So actually from a Native life expectancy, he
19 probably would, but hopefully the Native life
20 expectancies will start to match the non-Native life
21 expectancies, which are at this point, I think, 83 years.
22 So he might get into trouble as he gets at that point.
23 Q. Because of kidney disease or --
24 A. Because of kidney disease, get into kidney
25 disease trouble.

Page 96

1  Q. When you talk about having the disease, I just
2  want to be a little clearer about it in my own mind. I'm
3  sure everyone else understands it perfectly. He will
4  always, if he were to -- say he goes into remission and
5  remains with good kidney function and low ratios for the
6  next 30 years, if he still had a biopsy when he was 45,
7  it would still show that he, at one time, was losing
8  kidney cells, correct?
9  A. Right. He'd have damage there. And he has a
10 genetic defect. I never sent the C3 nephritic factor,
11 but we sent the complement levels which were actually
12 undetectable. He has a genetic complement deficiency.
13 Q. So he will always have a predisposition or the
14 capability of having this disease become active, or this
15 condition reassert itself?
16 A. Yes. He has the propensity to have the disease,
17 so there may be another trigger in the future.
18 Q. And if there is another trigger in the future,
19 having lost -- having had a late diagnosis here will
20 hamstring his ability to bounce back in the future?
21 A. I am not sure. He had such a nice response.
22 And the fact that if he recurs, hopefully he's getting
23 frequent follow-up, so it will be jumped on early. It
24 may actually have no impact. If he walked in the office
25 tomorrow and had six grams of proteinuria, hopefully I

Page 97

1 could respond immediately and change his medicines.
2    Q. If Ms. Waskey were here today and you were
3 describing to her what you expected her son's future
4 medical course to be, would you be discussing dialysis
5 and kidney transplant as probabilities for him?
6    A. Possibility. I usually discuss -- in fact, I
7 discuss this frequently with her because of need for
8 compliance. I think that dialysis and transplant are so
9 shocking to parents that in general it helps bring the
10 level of compliance up a notch. So we do discuss it
11 every time I see her, pretty much.
12       I think at this point it's unlikely he will need
13 it during the next 10 or 20 years. It's always hard to
14 predict the future. But I still would, every visit,
15 bring it up.
16    Q. And will Ronald continue to receive follow-up
17 care through the Native medical system, do you know, that
18 health system for this condition, even after he's
19 finished his five-year --
20    A. He will have to receive care somewhere, whether
21 it's Native or -- I'm probably going to be involved or
22 some nephrologist will be involved, but the Native system
23 is not the only system of health care in the state, so he
24 has to receive health care somewhere.
25    Q. He is eligible for whatever the Native health

Page 98

1 care system provides. If that falls apart and he doesn't
2 receive health care, he's in a bad way?
3    A. Well, in our office we take care of lots of
4 people who can't afford health care, so that's not really
5 an issue.
6    Q. But they have to get to Anchorage?
7    A. Yeah.
8    Q. Which is -- I doubt that you're buying plane
9 tickets for people to come in and get free health care.
10    A. No. We give them the free health care, we're
11 not going to buy them a plane ticket, probably.
12    Q. All right.
13       MR. ROOSA: Thank you, sir. I don't have any
14 other questions.
15             EXAMINATION
16 BY MR. GUARINO:
17    Q. Couple follow-ups in terms of future disease.
18 We talked a lot about medications he is taking and side
19 effects. You said something in an answer to one of Mr.
20 Roosa's questions that he could get hepatitis in the
21 future. What are the types of diseases that you could
22 get that could affect kidney function --
23    A. More diabetes in the future.
24    Q. Diabetes?
25    A. Yeah.

Page 99

1    Q. Would hepatitis be a problem for him?
2    A. He's immunized, so hopefully will not get
3 hepatitis B. Hepatitis C, ten percent of the population
4 has it. So he could always gets hepatitis C.
5    Q. Hepatitis C is the hidden one where you don't
6 know you have it until it's too late?
7    A. I'm not sure too late. It's a disease that
8 indolent, and frequently patients never have a problem
9 their whole life. It could impact kidney disease,
10 though, because there are certain complications of
11 hepatitis C which happen in a very rare portion of the
12 patients who have that that actually causes kidney
13 disease. So obviously a second kidney disease would be a
14 problem.
15    Q. Why would diabetes be a problem?
16    A. Because it's much more prevalent in the Native
17 population. Ronald's on prednisone, which makes you
18 hungry. You tend to gain weight. He hasn't, but who is
19 to know what's going to happen in the next two years. If
20 he gained a lot of weight, he would be prone to the adult
21 onset diabetes.
22    Q. Aside from what you just said, higher incidents
23 in Native population and appetite may be a problem, is
24 there anything else about Ronald's medical history that
25 predisposes is him to diabetes?

Page 100

1    A. Being Native is enough.
2    Q. Any other chronic diseases that could affect
3 Ronald's future prognosis?
4    A. I suspect Ronald has a very high likelihood of
5 developing heart disease related to the high cholesterol
6 from the large amounts protein in the urine, the
7 prednisone. So he has a very significant chance of
8 developing coronary artery disease. He has high blood
9 pressure, which is not going to go away. It may improve
10 over time but he will always need significant amounts of
11 treatment. It's very difficult to be compliant with six
12 anti-hypertensive medications for your life. Hopefully
13 that will get better.
14    Q. Okay. Thank you.
15    A. He has a low complement C3. And I've
16 recommended in the past he receive a variety of
17 immunizations, which he may or may not respond to. And
18 he will probably need repeat immunizations. He's at very
19 high risk of pneumonia, meningococcosemia and
20 encapsulated organism infections.
21    Q. That is because of his preexisting disease or
22 because of the prednisone treatment?
23    A. Preexisting disease.
24       But it is related to, that's, again, what's
25 probably caused the MPGN.