NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>DECLARATION OF ROBIN HENDERSON |

I, Robin Henderson, declare under penalty of perjury under the laws

of the United States that the following is true and correct to the best of my

knowledge:

1. I am a Claims Representative for the Social Security Administration

(SSA) in Anchorage, Alaska.

2. Patients who have chronic renal disease (ESRD) and require dialysis or kidney transplant medical services may be entitled to health insurance coverage and benefits through the federal Medicare program.

3. Attached to this declaration as Exhibit 1 is a copy of a SSA document entitled "Policy and Steps to Processing ESRD Claims," which sets out in summary fashion some of the SSA rules, policies, and definitions regarding the requirements for entitlement to ESRD insurance coverage through the Medicare program. The references in this document to "DI" (Disability Insurance) and "HI" (Hospital Insurance) numbered provisions are to the SSA Program Operations Manual System (POMS), which sets out the program rules and instructions used by SSA employees to process claims for benefits.

4. Attached to this declaration as Exhibit 2 are copies of some of the cited provisions of the SSA POMS relating to Medicare benefits for ESRD patients including: HI 00801.186, HI 00801.191, HI 00801.201, and DI 45001.001.

Dated: November 21, 2004     _____
                              ROBIN HENDERSON

Waskey v. USA
Case No. 3:04-cv-00110-JWS           2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006 a copy of the foregoing DECLARATION OF ROBIN HENDERSON was served electronically on Ken Roosa and Donna McCready.


s/ Gary M. Guarino