# Policy and Steps to Processing ESRD Claims



August 16, 2001

SSA001619

Exhibit 1

# Table of Contents

| Section | Page |
|---|---|
| Overview | 3 |
| Factors of Entitlement to ESRD R-HI | 4 |
| Requirements for Entitlement to R-SMI | 4 |
| Coordination Period - Medicare Secondary Payer | 5 |
| Insured Status | 6 |
| Effective Month for R-HI | 7 |
| Effective Date for R-SMI | 8 |
|    Premiums/Equitable Relief | 8 |
| Termination of R-HI and R-SMI | 9 |
| Deemed Reentitlement to R-HI and Reinstatement of R-SMI | 9 |
| Development of the ESRD Claim | 10 |
| Adjudication of ESRD Claims | |
|    Insured on Own Record | 11 |
|    Insured on Spouses/Parents Record | 11 |
|    Concurrent Claims | 12 |
|    Disallowances | 13 |
| Special Adjudication Considerations | |
|    ESRD Patient Entitled to Monthly SSA Benefits - No Medicare | 14 |
|    ESRD Patient Currently Entitled to Medicare | 14 |
|    ESRD Medicare Claims with Railroad Involvement | 16 |
|    ESRD Claim Involving Insured Status on Govt. Empl. | 18 |
|    State Buy-In | 19 |
|    Closed Period of Coverage Cases | 19 |
| Diaries | 20 |
| Notices/Paragraphs | 20 |
| Preparation and Routing of All ESRD Medicare Folders | 24 |
| ESRD Postentitlement Issues and Processing | 24 |
| Exhibit A-MCS ESRD Application and Related Screens | 25 |
| Exhibit B-Medical Evidence of ESRD-HCFA 2728 | 30 |
| Exhibit C-ESRD Medical Determination-HCFA 892 | 33 |

SSA001620

2

Exhibit 1

## OVERVIEW

Effective July 1, 1973, certain SSA and RRB beneficiaries, fully or currently insured individuals, and their spouses and dependent children, whose kidney failure had progressed to the point that they have end stage renal disease (ESRD) were extended HI and SMI protection. The 1978 Amendments made changes to encourage self-dialysis and transplantation surgery.

### ESRD

ESRD means irreversible damage to a person's kidneys so severely affecting the ability to remove or adjust blood wastes that, to maintain life, (s)he must have either a regular course of dialysis or a kidney transplant. Due to the seriousness of this condition, **ESRD cases should be treated as a priority similar to TERI cases.**

### Dialysis

Dialysis is a process by which dissolved substances are removed from a patient's body across a semi-permeable membrane because the patient's kidneys have permanently lost the capacity to perform this function.

### Course of Dialysis

A course of dialysis starts when dialysis treatments begin and continue on a regular schedule for the treatment of ESRD

### Kinds of Dialysis

The two types of dialysis currently in common use are hemodialysis and peritoneal dialysis.

- Hemodialysis is generally required 1 to 3 times per week.

- Peritoneal dialysis includes intermittent peritoneal dialysis (IPD), continuous cycling peritoneal dialysis (CCPD), and continuous ambulatory peritoneal dialysis (CAPD).

IPD is usually required from 10 to 30 hours a week. CCPD and CAPD are generally required daily.

### Kidney Transplant

A kidney transplant is a surgical procedure in which a kidney from the body of a donor is implanted in the body of an individual to restore kidney function.

SSA001621

Exhibit 1

# FACTORS OF ENTITLEMENT TO ESRD HOSPITAL INSURANCE (R-HI)
## DI 450001.001 & HI 00801.191

- The claimant must meet our definition of ESRD.

- Have R-HI insured status on or after the date of onset (the first day or month in which the claimant meets the transplant or regular dialysis requirement),

    or

- Be the spouse or dependent child of a person who is a SSA beneficiary or fully or currently insured; and

- File an application. The application may be retroactive for up to 12 months.

- If the client does not sign his/her own application:
    a. The person filing the application must sign a statement stating why the client cannot act on their own behalf and the signer's relationship to the individual.
    b. If the patient dies before a Medicare application is filed, the application may be filed by his/her legal representative, a surviving spouse, child, or parent, or by a supplier of dialysis services (i.e., by anyone who could file an application for him/her if he/she were alive but unable to transact business).

**NOTE:** The law does not prohibit entitlement to R-HI or R-SMI for illegal aliens or anyone else based on length of US residence, as long as all other factors of entitlement are met. A SSN should only be assigned after entitlement has been established. For an ESRD claim the FO should secure a paper application and all documentation to determine if an allowance is possible. See RM 00203.560 (A.2.)(C) regarding the procedure for assigning an SSN to an illegal alien. Load the claim on MCS for processing after securing the SSN.

# REQUIREMENTS FOR ENTITLEMENT TO ESRD MEDICAL R-SMI

A person is entitled to R-SMI if he/she is entitled to R-HI.

The beneficiary or his/her representative may refuse R-SMI coverage. However, since most of the very expensive services needed by ESRD patients are provided on an outpatient basis, R-SMI is usually the most important part of the coverage.

All prospective enrollees in R-HI should be informed about R-SMI enrollment rights and the advantages of enrolling. This is especially important when an individual inquiring/filing for R-HI/R-SMI also has an employer group health plan. See "Medicare as Secondary Provider" on page 3 of this guide.

SSA001622

4

Exhibit 1

## MEDICARE AS SECONDARY PROVIDER (MSP)
**HI 00801.247**

Medicare is the secondary insurance for individuals with ESRD who are covered under a EGHP for a period of time after the individual is <u>first eligible</u> for Medicare coverage. This means that, during this "Coordination Period", Medicare pays only for covered services that are not paid for by the EGHP. Under ESRD, the MSP provision applies to individuals covered under EGHPs based either on current employment or based on retirement and the size of the EGHP is immaterial. This differs from the MSP provisions applicable to the aged and disabled which apply only when EGHP coverage is based on current employment status. The coordination period was first introduced in 1981, but there have been several changes. The coordination period begins with the first month the individual is eligible for Medicare, whether or not the individual is actually entitled or enrolled. Presently the coordination period is 30 months.

Because Medicare will not be paying its full benefits in many cases where there is an EGHP, some individuals may not wish to enroll in R-SMI when first eligible.

It is important to remember that the special enrollment period (SEP) rules applicable to aged and disabled individuals <u>do not</u> apply to people entitled to R-HI. Therefore, it is extremely important to properly inform ESRD patients who have EGHP coverage about their options with respect to filing an application for R-HI. An individual may wish to:

- File for both R-HI and R-SMI at initial R-HI eligibility. Medicare can only make secondary payments until the end of the ESRD coordination period. With expenses as high as those for treatment of ESRD, an individual may consider secondary Medicare payments to be well worth the monthly SMI premium.

- Defer filing for R-HI (and R-SMI) until the end of the ESRD coordination period. This will permit the individual to defer paying for SMI until Medicare becomes the primary payer of benefits.

ESRD patients with EGHP coverage should be discouraged from filing for R-HI while rejecting R-SMI at initial eligibility. Once R-SMI is refused, enrollment can only take place during a GEP, with coverage effective the following July. This will usually mean a gap in coverage between the end of primary payments by the EGHP and the beginning of SMI in the month of July. It may also result in a premium surcharge for late enrollment.

If an individual with EGHP coverage files an application for R-HI in the mistaken belief that Medicare will be primary payer of benefits, the application may be withdrawn as provided for in HI 00801.197.

## INSURED STATUS
### HI 00801.201

R-HI or R-SMI cannot begin before the first month in which an individual meets the insured status requirements. Medicare Qualified Government Employment (MQGE) actual or deemed QC's can be used for insured status if necessary.

A person is considered insured for ESRD purposes, even if he/she is not personally insured, if they are a spouse or dependent child of an insured individual.

- *Fully insured* for R-HI is:
  an individual (or a spouse or parent on whom (s)he is dependent) needs to have one QC for each year after 1950 (or age 21, if later); and up to, but not including, the year of ESRD onset (or the year the worker attained age 62 or died, if earlier).

    - a minimum of six QCs is required when the elapsed years are less than 7.

    -a year that is totally or partially within a period of disability is not counted as an elapsed year, although the QCs within that period may be counted toward insured status.

  An individual who is not insured at ESRD onset may become fully insured after onset. In that case, Medicare entitlement is delayed until fully insured status occurs.

- *Currently insured* for R-HI is:
  an individual with ESRD is currently insured for R-HI if (s)he (or the spouse or parent on whom (s)he is dependent) has at least 6 QCs out of 13 calendar quarters ending with the quarter of ESRD onset, the quarter of NH's death, or some later quarter.

## SPOUSE AND PARENT RELATIONSHIP
### HI 00801.201C

A spouse for ESRD purposes is defined as an ESRD patient of any age who meets the relationship requirements to monthly Title II benefits as a spouse. This also includes the requirements for divorced spouses and divorced widow(er)s. Note, there are no dependency requirements, nor a requirement that they be living together (except for deemed marriages), nor a duration of marriage requirement (except for divorced spouses). Claims documentation for proof of marriage and divorce are also similar to the requirements to monthly Title II benefits as a spouse.

A dependent child for ESRD purposes is defined as an ESRD patient who is unmarried, and meets the relationship requirements to monthly Title II child benefits on a NH's SSN at or after the onset of ESRD, or at the time of the NH's death. At the time of ESRD onset, the child must meet one of the following dependency requirements:

  -is <u>under</u> age 22 or
  -is under a <u>disability</u> which <u>began before attainment of age</u> 22; or

-has attained age 22, but has not attained age 26, **and** is receiving at least one-half support from the NH, **and** has received such support continuously since the day before attainment of age 22.

Effect of Disability-An individual who attained age 22 prior to onset of ESRD can qualify as a dependent child of an insured parent, if he/she is under a disability which began before attainment of age 22. Entitlement to, or eligibility for, disability benefits, or any other benefits is not required. However, a disability determination must be made.

If dependency prior to age 26 cannot be established development of disability should be considered. The SSA-3820-F6 and medical evidence should be obtained for forwarding to ODO, which will make the determination of disability.

Disability prior to age 22 should only be developed in ESRD cases if no other dependency requirement is met.

# EFFECTIVE MONTH FOR R-HI
## HI 00801.215

An individual who meets the eligibility requirements and is subject to the dialysis or transplant requirements is entitled to R-HI beginning with the earliest of the following keeping in mind entitlement can never begin before the insured status requirement is met:

- The third month after the month a regular course of renal dialysis begins (this period of non-coverage is the "qualifying or waiting period"). An example: Dialysis begins December, Date of Entitlement is March
-OR-
- The first month during which a regular course of renal dialysis begins if self-dialysis training is begun before the qualifying period ends. An example: Self-dialysis training begins December; dialysis begins December; qualifying period ends February; date of entitlement is December.
-OR-
- The month of kidney transplant. An example: date of transplant January, date of entitlement January.
-OR-
- The month of hospitalization as an inpatient in a Medicare approved facility for procedures preliminary to a transplant provided the transplant occurs within two months. For example: Admitted to Medicare-approved hospital for preliminary transplant procedures in December; transplant occurs in February; date of entitlement is December.
-OR-
- The second month prior to the month of kidney transplant if the inpatient procedures preliminary to the transplant took place more than two months prior to the transplant. For example: Preliminary procedures done in December; transplant occurs in March; date of entitlement is January.
-OR-

7

SSA001625

Exhibit 1

- The first month during which a regular period of renal dialysis begins if the individual has had a previous period of R-HI entitlement. For example: Patient had a kidney transplant and was covered under R-HI, which terminated in March; new period of dialysis begins the following January; date of entitlement is January.

NOTE: R-HI may begin later in cases where the individual delays filing the application because of employee group health plan (EGHP) coverage or the individual restricts the retroactivity of the application.

## EFFECTIVE DATE FOR R-SMI
### HI 00801.186 & HI 00801.251

Generally, the first month of R-HI entitlement is the first month of R-SMI eligibility. R-HI claimants are deemed to have enrolled in R-SMI in the first 3 months of their initial enrollment period (IEP). In ESRD cases, SMI entitlement is directly dependent on the date of entitlement to HI which, in turn, can be altered by the date of filing for HI. This differs from other SMI entitlement situations which are generally dependent on the date of first eligibility for HI. So, the IEP for ESRD is determined by the date of entitlement to HI. Unless the claimant refuses R-SMI, R-SMI entitlement begins with the first month of R-HI entitlement.

Claimants are notified of their deemed enrollment and its effective date. They are given 2 full months from the date of the notice to refuse. Only the beneficiary (or his/her representative) can refuse SMI. If a claimant refuses R-SMI, they may reenroll during the remainder of their IEP or during a GEP.

### Premiums & Equitable Relief
#### HI 00801.251 & HI 00801.330

R-SMI premiums are collected in the same manner as other SMI premiums.

R-SMI coverage ordinarily begins with the first month of R-HI entitlement. Therefore, if an individual is awarded R-HI retroactively the R-SMI can also be retroactive. This could cause difficulty paying the retroactive R-SMI premiums. The equitable relief provisions are applicable to premium arrearage situations of 6 or more months of retroactive R-SMI coverage. The individual or his/her responsible representative should be informed when there appears to be a 6 or more month premium arrearage because they have an option of when the R-SMI will begin. The individual has the following options for R-SMI effective date:

- full retroactivity if the enrollee elects and is able to pay all the past-due premiums;
    or
- the month of filing for R-HI/R-SMI:
    or
- the month in which the enrollment is processed.

SSA001626

8

Exhibit 1