Social Security Administration Policy Site: POMS Section HI 00801.186

Table of Contents | Search | Previous | Next

TN 26 (11-93)

# HI 00801.186 HI Based on End Stage Renal Disease

## A. BACKGROUND

### 1. 1972 Amendments

The 1972 Amendments extended HI and SMI protection,
effective 7/1/73, to SSA and RRB beneficiaries, fully or currently insured individuals, and their spouses and dependent children, whose kidney failure has progressed to the point that they have end stage renal disease (ESRD).

Entitlement to HI and SMI based on ESRD extends only to the individual who has ESRD, not to other members of the family.

Entitlement to Medicare on the basis of ESRD provides protection for all services covered by Medicare, not only those related to kidney disease.

### 2. 1978 Amendments

The 1978 Amendments made some changes in the entitlement rules to encourage self-dialysis and transplantation surgery, and to eliminate some inequities and problems that existed under previous law.

## B. POLICY

### 1. SMI Entitlement

A person entitled to HI on the basis of ESRD is also entitled to SMI effective with the same month (except as provided in HI 00801.251 B.). Such "automatic enrollment" is important because most of the expenses incurred for treatment of ESRD are covered by SMI rather than HI.

**NOTE:** In ESRD cases, SMI entitlement is directly dependent on **the date of entitlement to HI** which, in turn, can be altered by the date of filing for HI. This differs from other SMI entitlement situations which are generally dependent on the date of first eligibility for HI.

### 2. Terminology

To distinguish between HI on the basis of ESRD and HI based on other eligibility requirements, HI and SMI based on renal failure are referred to as R-HI and R-SMI respectively.

Exhibit 2

Social Security Administration Policy Site: POMS Section HI 00801.191

TN 31 (06-04)

# HI 00801.191 Requirements for Entitlement to R-HI

## A. INTRODUCTION

An individual can be entitled to Medicare on the basis of ESRD no earlier than the month in which the requirements in C. are met. In addition, the **date of entitlement** is dependent on **the type of treatment** received for the disease.

## B. DEFINITION

### 1. End-Stage Renal Disease

For purposes of R-HI entitlement, **ESRD** means irreversible damage to a person's kidneys so severely affecting the ability to remove or adjust blood wastes that, to maintain life, he/she must have either a regular course of dialysis (see HI 00801.206), or a kidney transplant (see HI 00801.211).

### 2. Date of Onset

The term **date of onset** in ESRD instructions means the first day (or month) in which the claimant meets the transplant or regular dialysis requirement.

## C. POLICY - REQUIREMENTS

### 1. Application

The individual must file an application, as described in HI 00801.196. The application may be retroactive for up to 12 months.

### 2. R-HI Insured Status

The individual must have R-HI insured status on or after the date of onset (see HI 00801.191C.3.). To have R-HI insured status, the individual must be:

- entitled to a monthly benefit under title II or an annuity under the Railroad Retirement Act; **or**
- fully or currently insured; **or**

Exhibit 2

- the spouse or dependent child of a person who is entitled to a monthly benefit or fully or currently insured, as described above.

For further discussion of the R-HI insured status requirement, see HI 00801.201.

## 3. Date of Onset

A medical determination is required to show that the claimant has ESRD and meets the transplant or regular dialysis requirements.

# D. POLICY - ADDITIONAL CONSIDERATIONS

## 1. Eligible for HI Based on DIB or Age 65

See HI 00801.258 concerning when to develop an R-HI claim for an individual who is already entitled to HI/SMI or HI only.

## 2. No Alien Residence Requirements

The law does **not** prohibit entitlement to R-HI or R-SMI for illegal aliens or anyone else based on length of U.S. residence or any other "alien residence" requirement, as long as the requirements in HI 00801.191.C. are met.

## 3. Postponing Enrollment

### a. Premium Arrearage is for 6 or more months

If there will be 6 or more months' premium arrearage, as explained in HI 00801.251B., R-SMI can be elected as of:

- the first month of R-HI; **or**
- the month of filing; **or**
- the month of processing.

### b. Medicare Expenses Will Not Be Paid By Medicare

Individuals whose medical care is not payable by Medicare **for any reason** can delay enrolling in Medicare until they are receiving covered services. This would apply, for example, to those who:

- have Medicare as the secondary payer of benefits as described in HI 00801.247,
- are in prison when they begin their dialysis treatments or receive a transplant (often, such services are excluded from Medicare coverage when furnished by a governmental entity. See HI 00620.060 and HI 00620.070 C.), **or**
- receive their initial treatment outside the U.S. (Medicare generally does not pay for services received outside the U.S. as explained in HI 00630.001).

Filing for R-HI entitlement in the first month that services are covered by Medicare is recommended so that they can begin R-SMI with that month.

Exhibit 2

### c. Examples

- **ESRD Treatments Begin in Prison**

Mary, a fully insured individual, was imprisoned on 4/5/ 00. She began a course of dialysis at the State's expense in 1/01 while still in prison. She filed for R-HI and R-SMI in 6/03, upon her release from prison. Her R-HI was awarded as of 6/1/02 (12 months retroactive to the date of filing). Mary elected R-SMI to begin as of the month of filing (6/03), rather than 12 months retroactive. She thus avoided premium liability for the time during which she could not take advantage of the Medicare coverage.

If Mary had filed for Medicare when first eligible in 2001, she would have had to pay SMI premiums when there was no possibility of Medicare's paying for her care. If she had filed for R-HI but refused R-SMI in 2001, or if she had lost R-SMI by voluntary disenrollment or for nonpayment of her premiums, she would not have R-SMI upon her release from prison and would be unable to have R-SMI until 7/1/04 based on a 2004 GEP enrollment (unless she is able to withdraw her R-HI application, as described in HI 00801.197).

- **Medicare is Secondary Payer**

Gina is working and covered by her employer's group health plan when she begins a regular course of dialysis in 1/01. Gina is eligible for Medicare beginning 4/01, however after learning that the group health plan will be primary payer of her medical expenses until 9/30/03, she decides to wait to apply for Medicare. In 11/03, Gina files a Medicare application and elects to have R-HI and R-SMI coverage begin effective 10/1/03, the first month Medicare is primary payer for her medical expenses.

HI 00801.191 - Requirements for Entitlement to R-HI - 07/06/2004

Exhibit 2

Social Security Administration Policy Site: POMS Section HI 00801.201

Table of Contents | Search | Previous | Next

TN 28 (07-95)

# HI 00801.201 R-HI Insured Status

## A. POLICY — GENERAL

R-HI cannot begin before the first month in which the individual meets the insured status requirements discussed in HI 00801.191C.2.

Actual and deemed quarters from Medicare Qualified Government Employment, described in HI 00801.400ff., can be used for insured status, if necessary.

A person is considered "insured" for ESRD purposes even if he/she does not personally meet the work requirements but qualifies as the spouse or dependent child, as described in C., below.

If there is entitlement to a monthly title II benefit or Railroad Retirement (RR) annuity as a number holder, auxiliary, or survivor, the claimant has R-HI insured status. It does not matter that the monthly RSDI benefit or RR annuity to which a claimant (or spouse, or parent on whom he/she is dependent) is entitled may not be payable for some reason, e.g., deduction or suspension.

## B. POLICY-FULLY OR CURRENTLY INSURED

An individual who is fully or currently insured, as defined for monthly benefit purposes, is also fully or currently insured for R-HI, but the reverse is not necessarily true.

While the insured status requirements are based on the regular insured status rules, various exceptions exist for the R-HI provision.

### 1. RR Compensation as an Entitlement Factor

In determining whether a person is fully or currently insured for R-HI, RR compensation (earnings for service covered under the RR Act) earned after 1936 is counted as wages for covered employment even though such compensation might not be creditable for monthly RSDI benefit purposes.

### 2. Military Service Credits (MSC) as an Entitlement Factor

MSC may be used to determine insured status (see RS 01701.020ff.). This is true regardless of any benefits actually or potentially payable by another Federal agency, as long as the individual filing for R-HI is a veteran of World War II or the Post WW II period, or is filing for R-HI on the earnings record of such a veteran.

### 3. Fully Insured for R-HI Defined

People with ESRD are fully insured for R-HI if they (or a spouse, or a parent on whom they are

Exhibit 2

dependent) have one QC for each year:

- elapsing after 1950 (or, if later, elapsing after the year the worker attained age 21); **and**
- up to, but not including, the year of ESRD onset (or the year the worker attained age 62 or died, if earlier).

A minimum of 6 QCs is required when the elapsed years are less than 7.

A year that is totally or partially within a period of disability is not counted as an elapsed year although QCs within that period may be counted toward insured status. Proof of age is not required to establish R-HI insured status whenever the claimant (or spouse or parent) is either currently insured or has at least 40 QCs. However, proof of age is necessary whenever attainment of age 22 or 62 affects the fully insured status determination of a claimant (or spouse or parent) who does not have 40 QCs.

An individual who is not fully insured at ESRD onset may become fully insured after onset. In that case, Medicare entitlement is delayed until fully insured status occurs.

As explained in HI 00801.261, a "freeze," for HI purposes only, may reduce the number of quarters necessary for fully insured status where the worker was previously entitled to R-HI.

### 4. Currently Insured for R-HI Defined

A person with ESRD is currently insured for R-HI if he/she (or the spouse, or parent on whom he or she is dependent) has at least 6 QCs in a period of 13 calendar quarters ending with the quarter of ESRD onset, the quarter of death (if the individual on whose account entitlement is being established is deceased), or some later quarter. A calendar quarter, any part of which falls within a disability freeze, is not counted as one of the 13 quarters, unless the quarter is a QC.

## C. POLICY - SPOUSE OR DEPENDENT CHILD OF INSURED PERSON

### 1. General

A claimant with ESRD who is not entitled to monthly title II or RR benefits, and is not fully or currently insured, can qualify for R-HI only if he/she is the spouse or dependent child of a person who is an RSDI beneficiary, an RRB annuitant, or fully or currently insured.

The requirements for relationship are the same for R-HI as for monthly title II benefits (except as noted below). Thus, for example, a claimant has R-HI insured status as the dependent child of his/her fully insured grandfather if:

- he/she could be considered the child of his/her grandfather for purposes of child's insurance benefits; **and**
- he/she is unmarried, and is either under age 22 or otherwise meets the dependency requirement in C.3.

### 2. Spouse

#### a. Spouse Defined

A **spouse** for R-HI purposes is an ESRD patient of any age who could be considered the husband or wife of a living NH (or the surviving widow or widower of a deceased NH) for purposes of monthly

Exhibit 2

benefit entitlement on the NH's SSN. Divorced spouses or divorced widow(er)s can qualify if married to the NH for at least 10 years.

**NOTE:** For R-HI purposes, there are no dependency requirements, nor a requirement that they be living together (except for deemed marriages), nor married for any specified length of time (except for divorced spouses).

### b. Marriage to Insured NH

If an ESRD patient, ineligible for Medicare because he/she is uninsured, marries an RSDI beneficiary or a person who is fully or currently insured, the insured status requirement is met as of the first day of the month of marriage.

### c. NH No Longer Insured/Divorced

Subsequent loss of the spouse's insured status or subsequent divorce from the spouse does not end the claimant's R-HI entitlement.

## 3. Dependent Child

### a. Defined

A **dependent child** for purposes of R-HI is an ESRD patient who is unmarried, and meets the relationship requirements for child's insurance benefits on the SSN of a NH:

- **at or after the onset of ESRD, or**
- **at the time the NH died** (if the NH is deceased).

### b. Dependency Requirement

In addition, at the time of ESRD onset the ESRD patient must meet either of the following dependency requirements:

- is under age 22 or is under a disability which began before attainment of age 22; **or**
- has attained age 22, but has not attained age 26,**and**
    - is receiving at least one-half support from the NH;**and**
    has received such support continuously since the day before attainment of age 22. (Temporary interruptions such as a stay in a hospital or a visit with a relative do not prevent the claimant from meeting this requirement.)

### c. Effect of Disability

An individual who attained age 22 prior to onset of ESRD can qualify as a dependent child of an insured parent under a. above, if he/she is under a disability which began before attainment of age 22. Entitlement to, or eligibility for, disability benefits, or any other benefits, is not required.

### d. Disability Development

If dependency prior to age 26 cannot be established under the guidelines in RS 01301.190, development of

disability should be considered. The SSA-3368 (see DI 11005.016) and medical evidence should be obtained for forwarding to ODO which will make the determination of disability.

**NOTE:** When adjudicating or forwarding any case in which an unmarried and uninsured individual attained age 22 before ESRD onset, the file must either:

- show there is no reasonable likelihood that the claimant was under a disability which began before age 22, or
- contain the disability development.

# D. REFERENCES

- Relationship requirements, RS 002, Subchapters 02, 03, 07, and 08.
- Proof of marriage documentation requirements, RS00202.070.
- Information on the SSA-3820-F6, see DI 11095.165.
- Development of medical evidence of disability, DI11005.015ff. and DI 22505.003.
- "HI freeze" for insured status in reentitlement cases, HI 00801.261.

Social Security Administration Policy Site: POMS Section DI 45001.001

Table of Contents | Search | Previous | Next

# DI 45001.001 End-Stage Renal Disease (ESRD) Entitlement Provisions

## A. General

The 1972 Amendments to the Social Security Act extented health insurance coverage to people who have chronic renal disease (CRD) and require dialysis (including peritioneal dialysis) or kidney transplantation.

Effective October 1, 1978, amendments to title II and title XVIII of the Social Security Act made significant modifications in the Chronic Renal Disease provisions of the Medicare program. By law, it is designated the End-Stage Renal Disease (ESRD) program although SSA will in its communications to claimants continue to refer to it by the less ominous term, "chronic renal disease."

## B. Requirement for Entitlement

The law provides that an individual may be deemed disabled for purposes of coverage under Parts A (R-HI) and B (R-SMI) of Medicare based on ESRD if that individual:

1. meets one of the following conditions:
    a. is fully or currently insured (see DI 45001.010 B. and DI 45001.200), or
    b. is entitled to monthly social security benefits, or to an annuity under RRA, or
    c. is the spouse or dependent child (see DI 45001.010 A.) of an individual who is either
        - • fully or currently insured (see HI 00801.201 and HI 00801.400) or
        - entitled to monthly social security benefits or an annuity under RRA, and

2. is medically determined to
    a. have ESRD, and
    b. is undergoing regular dialysis or has received a kidney transplantation, and

3. is any age for entitlement in 10/78 or later, or is under age 65 for entitlement prior to 10/78; (be alert to indications of age 65 HI/SMI and the need to associate the ESRD file with such prior Medicare files; etc.), and

4. has filed an application; the HCFA-43 is the prescribed application form. However; any signed request for, or inquiry about, Medicare on behalf of a specified ESRD patient is considered an application filed as of the date of receipt by SSA, CMS, or RRB, (or the date of the postmark if more advantageous, GN 00204.245) provided it is perfected by filing of the prescribed application within 6 months after the month its completion is requested in writing. If an individual dies the application may be filed by a proper applicant on his behalf after the patient"s death (see HI

Exhibit 2

00801.196). The application is retroactivity limited to 12 months from the application date of inquiry (as described above). Finalization of the regulatory authority for the policy providing that an application may be effectively filed after the claimant"s death was published March 25, 1983.

## C. Dates of Entitlement to R-HI

(See HI 00801.216 ff.).

If the above requirements for entitlement are met, entitlement to R-HI begins the earliest of the first day of:

1. the 3rd month after the month in which dialysis begins; or
2. the month dialysis begins, if before the qualifying period would have ended, the individual begins a self-dialysis training program in a renal Medicare approved center, has completed or is expected to complete the program, and can reasonable be expected to self-dialyze after the training (i.e., effective 10/1/78, the qualifying period may be waived in cases of appropriate self-dialysis training), or
3. the month dialysis is resumed following a previously terminated period of R-Hl (i.e., no new qualifying period, 10/78 on, if prior R-HI entitlement existed); or
4. the month of kidney transplant surgery; or
5. the month 10/78 or later, a decision of transplant surgery is made, provided:
   a. the individual is an inpatient in a renal Medicare approved hospital when the decision is made, and
   b. surgery is performed no later than 2 months after the month of that decision; or
6. two months prior to the month of transplant surgery, 10/78 or later, provided:

The requirements in 5. (above) are met except that the surgery is performed more than 2 months after the month of decision.

This provision would be applicable should surgery be postponed.

NOTE: *If an issue of early transplant entitlement prior to 10 /78 arises, see HI 00801.221 B. The first possible month of entitlement under the 1978 Amendments is 10/78.*

## D. Dates of Entitlement to R-SMI

(See HI 00801.251).

The first month of R-HI entitlement is the first month of R-SMI eligibility, and R-SMI claimants are deemed to have enrolled in R-SMI in the first 3 months of their IEP (initial enrollment period). Unless R-SMI is refused, R-SMI entitlement begins:

1. the first month of R-HI entitlement, or
2. the month of enrollment is processed or the month of the filing, should there be a premium arrearage of 6 months or more and the claimant prefers either date over the first month of R-HI entitlement, or
3. July 1st following the end of a GEP (general enrollment period—the first calendar quarter of the year), if SMI was refused after entitlement to R-HI but subsequently elected during a GEP.
   NOTE: *The Omnibus Budget Reconciliation Act of 1981 reinstates the General Enrollment Period*

Exhibit 2

*effective October 1, 1981. For the period April 1, 1981 through September 30, 1981, (see HI 00805.700) claimants could file for SMI and be entitled 3 months after the month of the filing. This is no longer possible (beginning October 1, 1981) as claimants must now wait until the next GEP (see item 3. above).*

# E. Termination Events for R-HI

(See HI 00820.030).

Hospital insurance based on ESRD ends with the earliest of the following events:

1. the date of death of the individual, or

2. the last day of the 36th month after the month in which the individual receives a kidney transplant, unless on or before such last day he/she begins a course of dialysis or receives another transplant. For transplants occurring prior to 9/77, see HI 00820.030. (Although coverage prior to 10/78 is limited to 12 months after the month of the transplant, the 12 months limitation affects only transplants occurring prior to 9/77 in light of the overlap of the 12 months and 36 months coverage provisions); or

3. the last day of the 12th month after the month in which the individual terminates dialysis, unless on or before such last day, he/she receives a transplant or begins a new course of dialysis.

DI 45001.001 - End-Stage Renal Disease (ESRD) Entitlement Provisions - 11/14/2001

Exhibit 2