NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**NOTICE:**<br><br>**CORRECTION TO DKT #47** |

   The United States, through counsel, submits with this Notice the correction of the

electronic signature page to be attached to Docket 47, United States' Qualified Non-Opposition to

Plaintiffs' Motion for Partial Summary Judgment.

//

//

//

//

//

Respectfully submitted, on November 29, 2006.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006
a copy of the foregoing NOTICE: CORRECTION
TO DKT #47 was served
electronically on Ken Roosa and
Donna McCready.

s/ Gary M. Guarino