Respectfully submitted, on November 27, 2006.

        NELSON P. COHEN
        United States Attorney

        s/Gary M. Guarino
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006 a copy of the foregoing UNITED STATES' QUALIFIED NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT was served electronically on Ken Roosa and Donna McCready.

s/ Gary M. Guarino