Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE STATE OF ALASKA
 3
 4   AGGIE WASKEY and WESSILIE,
     WASKEY, Individually and as Parents of
 5   RONALD WASKEY, a Minor,
            Plaintiffs,
 6
     vs.
 7
     UNITED STATES OF AMERICA,
 8        Defendant.
     _____
 9   Case No. 3:04-cv-00110-JWS
10
11
12             DEPOSITION OF JILL FRIEDMAN,
13                Pages 1-151, inclusive
14               Commencing at 9:32 a.m.
15             Wednesday, August 23, 2006
16                  Anchorage, Alaska
17
18
19            Alaska Stenotype Reporters
                511 West Ninth Avenue
20             Anchorage, AK 99501-3520
                Serving Alaska Since 1953
21
22   Rick D. McWilliams, RPR, Ret.    Telephone 907.276.1680
     Fred M. Getty, RPR, Ret.         Email AkSteno@aol.com
23                                    Fax 907.276-8016
24
25
```

Page 78

1  "We do not see people on an ongoing and long-term basis.
2  It would be very short-term. And a dialysis patient is
3  not somebody who we see."
4      Q.  Okay. And did you ever come to any decision or
5  assumption or did you make any assumption as to, in the
6  future, if Ronald Waskey needs dialysis treatment, is it
7  more likely that he would go into an established center
8  and have the dialysis treatment there as opposed to
9  having it at home?
10     I'm just wondering whether you made any
11 assumptions on that or came to any resolution in your
12 mind as to --
13     A.  I haven't, which is --
14     Q.  You can tell me the opinion. I don't know that
15 you're going --
16     A.  I have an opinion.
17     Q.  I'm just trying to say, for purposes of your
18 plan, did you make any decisions? Does your plan differ
19 one way or the other depending on whether he has the care
20 at home verses in a center?
21     A.  My plan includes dialysis at a center.
22     Q.  Okay. That's the assumption that you made?
23     A.  Yes.
24     Q.  And is this based on your analysis, or was that
25 based on information that you got from someone else who

Page 79

1  said that that's a better idea for Ronald?
2      A.  It's based on my analysis.
3      Q.  And then, what is that analysis? Explain that
4  to me. What did you decide?
5      A.  Due to the complexity of home dialysis, my
6  opinion, is based upon his intellectual capacity, that he
7  would be best served at a center where he is not
8  responsible for mixing fluids for himself and timing
9  procedures and handling emergencies. That was my nursing
10 opinion.
11     Q.  And if that's the case, that he would be better
12 off, if he has -- he needs dialysis sometime in the
13 future, that he have it done in a facility as opposed to
14 doing it himself at home, would he have to come to
15 Anchorage to have that done?
16     A.  It's not done in Crooked Creek or Stony River.
17     Q.  Is it done in Bethel?
18     A.  Not to my knowledge.
19     Q.  So as far you know, sitting here today, it
20 would have to be done in Anchorage?
21     A.  It is done in Anchorage. There are other
22 cities in Alaska that it's done in.
23     Q.  Okay. Could it be done in Fairbanks?
24     A.  I believe so.
25     Q.  Anywhere else that would be, you know, within

Page 80

1  reasonable distance from Bethel, besides Fairbanks and
2  Anchorage?
3      MR. ROOSA:  Magadan, but it's closer.
4      MR. GUARINO:  Might be cheaper, too.
5  BY MR. GUARINO:
6      Q.  There's a memo here from Lisa Scholber? Who's
7  she?
8      A.  Lisa works at Providence Hospital.
9      Q.  I just want to identify this. This is in the
10 section tabbed "dialysis."
11     A.  This is part of my research in identifying
12 costs of procedures that are associated with dialysis.
13 And so there are billing, accounting personnel at
14 Providence Hospital. And she is one of them.
15     Q.  And this -- attached to it is a chart with a
16 number of procedures and expenses. Did you send her this
17 chart and ask her to comment, or did she send this to
18 you?
19     A.  No. This is a draft chart of mine. The final
20 appears in my life care plan.
21     Q.  All right. Here's a note in the same section,
22 in "dialysis," of June 1st, 2006. Is this a conversation
23 that you had with Jennifer Jepson?
24     A.  Yes.
25     Q.  Who is she?

Page 81

1      A.  She is a social worker at the Anchorage Kidney
2  Center.
3      Q.  And what were you talking to her about?
4      A.  The cost of dialysis, how to identify, how to
5  go about researching the cost of dialysis.
6      Q.  And what information was she giving you?
7      A.  She talked about the fact that I would have to
8  go to Forsenious, which is the company that manages the
9  kidney center, in order to get costs. And she gave me
10 some numbers and referrals as to who to call.
11     There's some notes here that reflect the change
12 of hands of the kidney center. She talked about dialysis
13 and the cost. And there's some reference to Medicare, if
14 they were eligible for that.
15     Q.  Let me ask you about that.
16     A.  Sure.
17     Q.  What do you mean, costs for Medicare? Meaning
18 that, if Ronald had renal failure and needed dialysis, he
19 might qualify for Medicare coverage?
20     A.  It's fairly complicated, but Medicare does
21 cover end stage renal disease. And I --
22     Q.  So that we're not missing it, that's what we're
23 talking about for Ronald, though -- right? -- end stage
24 renal disease.
25     A.  Yeah.

Page 82

1   Q. So I guess the question is: Did you do any
2   research to find out whether Ronald, once he reaches end
3   stage renal disease, if he does, and needs dialysis or
4   kidney transplant, whether he could qualify for Medicare
5   coverage?
6   A. I did not research that.
7   Q. You did not?
8   A. No.
9   Q. Do you know what the requirements are for
10  someone to qualify for Medicare for these sorts of
11  services?
12  A. Not in detail, no.
13  Q. Are you aware that many patients who receive
14  these services do qualify for Medicare?
15  A. Yes.
16  Q. As a matter of federal law, they qualify for
17  Medicare?
18  A. Yes.
19  Q. Okay. And did you do any research as to what
20  the costs are, if you have these services provided to
21  Medicare, as opposed to going out and buying them on your
22  own?
23  A. My life care plan does not reflect all the
24  Medicare costs. In this binder, you will see some costs
25  that are Medicare costs that are reported by the U.S.

Page 83

1   Renal Data System, by UNOS, by Alaska Kidney Foundation,
2   multiple resources.
3   Q. And I guess big picture, is it true that if the
4   costs are paid through Medicare, that they are generally
5   less than what the costs would be if they were billed
6   directly and paid for privately?
7   A. Yes.
8   Q. Did you do any analysis in your life care plan
9   to calculate what Ronald's future medical costs would be
10  for dialysis or kidney transplant if those costs are paid
11  through Medicare as opposed to being paid by some outside
12  source?
13  A. No.
14  Q. Okay. Did Ms. Jepson provide you any
15  information as to what, for example, what Medicare
16  charges for dialysis or what they pay for dialysis?
17  A. No.
18  Q. Do you know, either from your own research or
19  any other information, what the costs are if you get
20  dialysis through Medicare?
21  A. I do have a bill that shows the cost for
22  dialysis solutions. It was actually a -- I do have a
23  bill for dialysis supplies and solutions.
24       These are a month's worth of supplies for a
25  patient which reflects a cost -- and this was home

Page 84

1   dialysis, so there's a machine rental in it -- but it
2   reflects a cost of $27,501, and it shows that Medicare
3   paid $1,579.56.
4   Q. So that's an example of someone getting home
5   care where the cost would be $27- -- I'm paraphrasing, so
6   it's not to the exact penny -- $27,000 if you had to pay
7   for it through some other source, but Medicare paid a
8   thousand dollars, approximately?
9   A. Right. It was just a reflection to show amount
10  charged and Medicare paid.
11  Q. And is that document in your binder --
12  A. It's in my binder.
13  Q. -- which is marked as Exhibit 4?
14  A. Right.
15  Q. Okay. I don't need to look at that right now.
16  A. Okay.
17  Q. But let me ask you a general question: What
18  about with regard to dialysis, you had a reference in
19  your note to an estimate of -- I think it was from -- you
20  indicated it was from Dr. Gitomer -- $360,000 for
21  dialysis treatment.
22  A. Yes.
23  Q. And I think from all the reading I've done, I
24  think that meant on an annual basis?
25  A. Yes.

Page 85

1   Q. Do you have any information as to what the
2   annual charge is that Medicare will pay for dialysis on
3   an annual basis?
4   A. I did not research that. I do not have a
5   number.
6   Q. You can't say one way or the other?
7   A. I don't have a number to answer that question.
8   Q. You have not been asked to form an opinion or
9   to -- to determine whether it's likely that Ronald Waskey
10  would qualify for Medicare, if he needs dialysis
11  treatment in the future?
12  A. No.
13  Q. Okay. Let's go back to -- sorry to jump around
14  here, but -- so Ms. Jepson, however, was providing you
15  information about patients who would reach end stage
16  renal disease, perhaps being eligible for Medicare?
17  A. It was aside. Basically what I wanted -- I
18  made multiple phone calls to the renal center. It was
19  very difficult to get information with reference to cost
20  of dialysis.
21       And I went to a variety of different sources,
22  including hiring somebody to assist me. Jennifer Jepson
23  gave me the name of a financial coordinator for
24  Forsenious in Arizona. I called him. She also said she
25  had seen bills that show $30,000 per month for dialysis.

Page 86

1  Q. And just so that I'm not off track, are those
2  bills paid privately, or was this billings for
3  Medicare-provided services? Do you know one way or the
4  other?
5  A. I don't.
6  Q. Okay. All right.
7     So I can look through here, in terms of getting
8  further information from this, but I just want to make
9  sure I'm not missing something in terms of your
10 discussions with Ms. Jepson. Did she provide you any
11 information about the cost for the services when paid for
12 through Medicare?
13 A. No.
14 Q. All right. From any of the people that she
15 referred you to, did you get any information from them as
16 to what the costs are for these types of medical expenses
17 if they're paid through Medicare?
18 A. Not that I remember, no.
19 Q. All right. Are these -- this next note is
20 June 1, '06 as well. Is this part of the same
21 discussion?
22 A. This is the discussion with Forsenious, Ty
23 Lucas, who's a financial coordinator, to get costs for
24 dialysis.
25 Q. Okay. And so let me see if I have any

Page 87

1  questions about what you wrote here. You wrote,
2  "anywhere in the U.S."?
3  A. That's what he was giving me -- Forsenious is
4  nationwide. And so he was -- I was asking him, how much
5  does dialysis cost. This is an unfair question to pose
6  to somebody because they don't know what the solution is
7  going to be and what the medications are going to be.
8  It's specific.
9     So I asked for a range of what would reflect
10 the cost of dialysis. And so you will see there that he
11 said it could be as low as $18,000 a month. There would
12 be no medications included in that. It could be $30,000
13 a month. And what he said is, it's just so difficult,
14 but the best range would be 22,000 to 30,000.
15 Q. Did Mr. Lucas give you any information about
16 what the range would be if these services were paid for
17 through Medicare?
18 A. No.
19 Q. Now, what does this say?
20 A. I was -- this was difficult to obtain, and I
21 didn't understand why it was so secretive, what the cost
22 of dialysis is. And so I was talking to him, and he
23 said, well, it's driven by competitors, contracts. There
24 are market rates.
25    And then we got to speaking about Medicare and

Page 88

1  the reimbursement. And he said that it would depend, you
2  know, the Medicare reimbursement, obviously, is
3  different, but it would depend, but that he may not be
4  eligible for Medicare.
5  Q. You'd have to look at Ronald's to see if he is
6  eligible?
7  A. Absolutely.
8  Q. But you didn't make -- you haven't done the
9  research to determine that?
10 A. No, I have not.
11 Q. And did Mr. Lucas -- I mean, he, obviously, was
12 talking to you on the phone; he didn't have information
13 to know?
14 A. It was just a discussion with reference to cost
15 and, you know, obviously, he is a Forsenious employee.
16 He doesn't work for Medicare, but that comes into this
17 kind of a case, the Medicare, because of the federal
18 program for end stage renal disease.
19 Q. And all I was trying to figure out was whether
20 you had given him information and he had done some
21 analysis, had come back with a conclusion. He didn't do
22 that?
23 A. No.
24 Q. Okay. This next note in red, does this refer
25 to transport services?

Page 89

1  A. Yes.
2  Q. And were these transport services assuming
3  Ronald was here in Anchorage and getting transported for
4  dialysis?
5  A. Yes.
6  Q. I'm not suggesting these aren't significant. I
7  just can't spend time on everything today.
8     So we have another note or memo from Leslie
9  Watson, May 24th, 2006. She indicated she was not having
10 good luck in obtaining estimated costs for dialysis.
11    Did she ever succeed in getting any costs for
12 dialysis?
13 A. No.
14 Q. No. You had to work in getting the best you
15 could?
16 A. Yes.
17 Q. All right. What did you ultimately do? Did
18 you ultimately use that range that Mr. Lucas gave you in
19 coming up with your estimate?
20 A. I talked to Dr. Gitomer. That was my first
21 contact. And then this binder will reflect multiple
22 contacts in an attempt to get the information with
23 reference to dialysis. And --
24 Q. If I can just stop you there. Were you ever
25 able to get anyone to really sit down and itemize out for