

Services    Staff Directory                                    Commerce          find ▸

# Community Database Online

State of Alaska > Commerce  > Community Advocacy > Community Database Online  > Details



## Stony River

For Photos of Stony River click here
For Maps of Stony River click here

## Quick Links...

- ▸ Local Government Assistance
- ▸ Local Boundary Commission
- ▸ Rural Utility Business Advisor
- ▸ Alaska Coastal Management
- ▸ Land Management and Mapping
- ▸ State Assessor/Property Tax Info
- ▸ Floodplain Management
- ▸ VISTA Program
- ▸ Division Grants and Revenue Sharing
- ▸ Small Business Development
- ▸ Office of Fisheries Development
- ▸ Community Development Quota
- ▸ Alaska Regional Economic Development Organization

## Of Interest...

- ▸ Alaska Community Database
- ▸ Alaska Economic Information System
- ▸ Business Plans for Rural Utilities
- ▸ Calendar of Events
- ▸ Capital Project Database
- ▸ Community Funding Database
- ▸ Community Maps
- ▸ Community Photo Library
- ▸ Community Plans Inventory
- ▸ Economic Development Resource Guide
- ▸ Local Government Online (LOGON)
- ▸ MOD Online System
- ▸ Publications
- ▸ Related Links

## Economy, Employment, Income and Poverty
### General Description of the Local Economy:

There are few income opportunities in Stony River; BLM firefighting can provide seasonal income. Salmon, moose, caribou, bear, porcupine, waterfowl and berries are harvested.

The following Income and Employment data is from the **2000 U.S. Census**. Additional detail is available from the Alaska Department of Labor and Workforce Development, Census and Geographic Information Network and the U.S. Census Bureau's American FactFinder.

These figures are estimates based on a sample, and are subject to sampling variability.
The percent of all households sampled in Stony River was 48%.
**Note:** Current socio-economic measures could differ significantly.

**Stony River** is located in the **Bethel** Census Area.

## Income and Poverty Levels:

| | |
|---|---|
| Per Capita Income: | $5,469 |
| Median Household Income: | $20,714 |
| Median Family Income: | $20,714 |
| Persons in Poverty: | 29 |
| Percent Below Poverty: | 38.7% |

## Employment:

EXHIBIT___4___
___1___ OF ___2___

| | |
|---|---|
| Total Potential Work Force (Age 16+): | 49 |
| **Total Employment:** | **13** |
| Civilian Employment: | 13 |
| Military Employment: | 0 |
| Civilian Unemployed (And Seeking Work): | 8 |
| Percent Unemployed: | 38.1% |
| Adults Not in Labor Force (Not Seeking Work): | 28 |
| Percent of All 16+ Not Working (Unemployed + Not Seeking): | 73.5% |
| Private Wage & Salary Workers: | 11 |
| Self-Employed Workers (in own not incorporated business): | 0 |
| Government Workers (City, Borough, State, Federal): | 2 |
| Unpaid Family Workers: | 0 |

## Employment by Occupation:

| | |
|---|---|
| Management, Professional & Related: | 5 |
| Service: | 2 |
| Sales & Office: | 4 |
| Farming, Fishing & Forestry: | 0 |
| Construction, Extraction & Maintenance: | 2 |
| Production, Transportation & Material Moving: | 0 |

## Employment by Industry:

| | |
|---|---|
| Agriculture, Forestry, Fishing & Hunting, Mining: | 0 |
| Construction: | 2 |
| Manufacturing: | 0 |
| Wholesale Trade: | 0 |
| Retail Trade: | 0 |
| Transportation, Warehousing & Utilities: | 4 |
| Information: | 0 |
| Finance, Insurance, Real Estate, Rental & Leasing: | 0 |
| Professional, Scientific, Management, Administrative & Waste Mgmt: | 0 |
| Education, Health & Social Services: | 7 |
| Arts, Entertainment, Recreation, Accomodation & Food Services: | 0 |
| Other Services (Except Public Admin): | 0 |
| Public Administration: | 0 |

Services   Webmaster

EXHIBIT __4__
__2__ OF __2__