Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Wassilie Waskey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No.: 3:04-CV-110-JWS<br><br>**JOINDER RE: REPLY AND ERRATA TO REPLY TO OPPOSITION TO MOTION FOR RULE OF LAW ON APPLICABLE MEASURE OF DAMAGES** |

Plaintiff Wassilie Waskey, by and through his counsel, Ashburn & Mason, P.C., joins in the Reply to Opposition to Motion for Rule of Law on Applicable Measure of Damages and the Errata thereto filed by Plaintiff Aggie Waskey, individually and for Ronald Waskey, a minor, for the reasons stated therein.

                                          ASHBURN & MASON, P.C.
                                          Attorneys for Plaintiff

DATED: 12/01/06              /s/ Donna J. McCready
                                          1227 West 9th Avenue, Suite 200
                                          Anchorage, Alaska 99501
                                          Phone: (907) 276-4331
                                          Fax: (907) 277-8235

ASHBURN & MASON P.C.
LAWYERS
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Tel 907.276.4331 • Fax 907.277.8235

                                                E-mail: djm@anchorlaw.com
                                                Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006, a copy of the foregoing Joinder re: Reply and Errata to Reply to Opposition to Motion for Rule of Law on Applicable Measure of Damages was served electronically on Gary Guarino and Kenneth S. Roosa.

                                          /s/ Donna J. McCready

P:\Clients\10439\Pleadings\Joinder-Reply to Opposition to Rule of Law.doc

**JOINDER RE: REPLY AND ERRATA TO REPLY TO OPPOSITION TO MOTION FOR RULE OF LAW ON APPLICABLE MEASURE OF DAMAGES**
*Waskey v. USA*, Case No. 3:04-CV-110-JWS                                                        Page 2 of 2

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235