MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Aggie Waskey, et al.*        v.   *United States of America*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00110-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  December 29, 2006

At docket 34, plaintiffs Aggie Waskey and Ronald Waskey filed a motion asking the court to rule in their favor on the issues of liability and causation.  At docket 40, the third plaintiff, Wassilie Waskey, joined in the motion.  Defendant United States filed a qualified non-opposition at docket 47.  No party has requested oral argument, and it would not assist the court.

Based on the court's review of the parties' papers, the motion at docket 34 is **GRANTED** as follows:

1.  Defendant's delay in diagnosing Ronald Waskey's kidney disease violated the applicable standard of care and so was negligent.

2.  Defendant's negligence in violating the applicable standard of care caused some harm to Ronald Waskey's kidneys.

3.  Defendant is liable for damages which will fairly compensate for the harm caused by its negligence.

While liability and causation are therefore established as a matter of law, the extent of defendant's liability cannot be determined at present, because there are disputed issues of material fact as to the following:  (a) the date by which Ronald Waskey's kidney disease should have been diagnosed, (b) the extent of harm to Ronald Waskey's kidneys from all causes, and (c) the portion of the harm to Ronald Waskey's kidneys caused by the delay in diagnosis.

The quantum of damages is a matter that is beyond the scope of the motion and beyond the scope of this order.