Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Phone: (360)782-4300
Fax: (360)782-4358

Attorney for Wassilie Waskey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>     Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No.: 3:04-CV-110-JWS |

NOTICE OF CHANGE OF ADDRESS

Please take notice that Donna J. McCready, counsel for plaintiff, is now associated with the law firm of Friedman, Rubin & White. All pleadings and papers in this action shall be sent to her at:

Page 1
Notice of Change of Address
*Waskey v. United States*
3:04-CV-110-JWS

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA 98337
(360)782-4358

|   |   |
|---|---|
|   | 1126 Highland Avenue<br>Bremerton, WA  98337<br>Phone:  (360)782-4300<br>Fax:  (360)782-4358<br>e-mail:  dmccready@frwlaw.us |
| Dated:  1/11/07 | /s/  Donna J. McCready<br>1126 Highland Avenue<br>Bremerton, WA  98337<br>Phone:  (360)782-4300<br>Fax:  (360)782-4358<br>e-mail:  dmccready@frwlaw.us<br>Alaska Bar No. 9101003 |

CERTIFICATE OF SERIVCE

I hereby certify that on the 11th day of January, 2007, a copy of the foregoing was served electronically on:

Gary Guarino
Kenneth S. Roosa

/s/  Donna J. McCready

Page 2

Notice of Change of Address
*Waskey v. United States*
3:04-CV-110-JWS

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, WA  98337
(360)782-4358