NELSON P. COHEN
United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br>        Defendant. | Case No. 3:04-cv-00110-JWS<br><br>**JOINT EXHIBIT LIST FOR TRIAL** |

      The United States of America, by and through counsel, and after consultation with counsel for the Plaintiffs, hereby submits the following Joint Exhibit List for Trial with the exhibits that the parties have agreed should be identified and/or admitted at trial in this matter.

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| A | Medical Records of Ronald Waskey | | X | |
| B | Plaintiffs' Responses to Discovery | | X | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| C | Aggie Waskey Social Security Statement | | X | |
| D | Ronald Waskey Social Security Statement | | X | |
| E | Wassilie Waskey Social Security Statement | | X | |
| F | Psychological Report for Ronald Waskey | | X | |
| G | School Psychologist Report for Ronald Waskey | | X | |
| H | School Records for Ronald Waskey | | X | |
| I | Complaint for Divorce | X | | |
| J | State of Alaska Criminal Court Records | X | | |
| K | Deposition of Aggie Waskey | X | | |
| L | Deposition of Ronald Waskey | X | | |
| M | Deposition of Wassilie Waskey | X | | |
| N | Deposition of Dr. Jeremy Gitomer | X | | |
| O | Deposition of Dr. Sharon Andreoli-Harris | X | | |
| P | Deposition of Dr. Anthony Portale | X | | |
| Q | Deposition of Dr. Raymond Lyons | X | | |
| R | Deposition of Francis Gallela | X | | |
| S | Deposition of Jill Friedman | X | | |
| T | Deposition of Carol Jacobsen | X | | |
| U | Expert Reports of Dr. Andreoli-Harris | X | | |
| V | C.V. of Dr. Andreoli-Harris | | X | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| W | Expert Report of Dr. Anthony Portale. | X | | |
| X | C.V. of Dr. Anthony Portale | | X | |
| Y | Expert Report of Jill Friedman | X | | |
| Z | C.V. of Jill Friedman | | X | |
| AA | Expert Report of Francis Gallela | X | | |
| AB | C.V. of Francis Gallela | | X | |
| AC | Expert Reports of Carol Jacobsen | X | | |
| AD | C.V. of Carol Jacobsen | | X | |
| AE | Expert Report of Paul Taylor | X | | |
| AF | C.V. of Paul Taylor | | X | |
| AG | Expert Report of Steven Day | X | | |
| AH | C.V. of Steven Day | | X | |
| AI | Friedman Work File and Notes | X | | |
| AJ | Friedman Work File and Notes | X | | |
| AK | Gallela Work File and Notes | X | | |
| AL | Andreoli References | X | | |
| AM | Andreoli References | X | | |
| AN | Andreoli Work File and Notes | X | | |
| AO | Portale Reference File | X | | |
| AP | Portale Work File and Notes | X | | |
| AQ | Jacobsen Work File and Notes | X | | |
| AR | Declaration of Robin Henderson with attachments | | X | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| AS | GAO Report to Congressional Committees "Medicare Dialysis Facilities" | X | | |
| AT | 2006 U.S. Renal Data Service Annual Data Report, Medicare Costs For ESRD | X | | |
| | | | | |
| | | | | |

Respectfully submitted on February 12, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 12, 2007
a copy of the foregoing DEFENDANT UNITED
STATES' JOINT TRIAL EXHIBIT LIST
was served electronically on
Kenneth S. Roosa and Donna J. McCready.

s/ Gary M. Guarino

Waskey, et al. v. USA
Case No. 3:04-cv-00110-JWS            4