Kenneth S. Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff

Email:  Ken@CookeRoosa.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, )<br>Individually and as Parents of                                )<br>RONALD WASKEY, a Minor,                              )<br>                                                                               )<br>                              Plaintiffs,                       )<br>            vs.                                                           )<br>                                                                               )<br>UNITED STATES OF AMERICA,                       )<br>                                                                               )<br>                              Defendant.                       )<br>_____)  | Case No. 3:04-cv-0110-JWS<br><br>Joint Statement of<br>Undisputed Facts |

The Parties, through counsel, hereby submit their joint statement of undisputed facts in compliance with the pretrial order in this case.

1.     The complaint was timely filed.

2.     The Court has jurisdiction of the parties and the subject matter of this case.

3.     Plaintiffs are all residents of Alaska, and currently reside in Crooked Creek or Stony River, Alaska.

4.     Ron Waskey was born on June 2, 1989 to Wassilie and Aggie Waskey.  He is the

oldest male in the Waskey family.

5.     Aggie Waskey and Wassilie Waskey have been legally separated and have not lived together as husband and wife since March 2005. The Waskey children, including Plaintiff Ronald Waskey, have at all times resided with Aggie Waskey.

6.     On October 1. 1997 at age 8 Ron Waskey was seen at the Bethel Hospital (YKHC) with complaints of back pain and for gross hematuria (visible blood in his urine). Lab tests of his urine showed leukocytes 1+, protein 1+, blood 250, UA 3+ blood, 2+ LE.

7.     On October 2, 1997, the following day, he was again seen at the YKHC and was diagnosed with urinary tract infection and otitis media (ear infection). He was treated with Septra, an antibiotic. His lab tests showed a BUN of 13 and creatinine of 0.6.

8.     On March 23, 1998, Ronald Waskey was seen at the Crooked Creek Health Clinic for gross hematuria with fever, no pain or burning with urination, no pelvic pain. The records note his history of gross hematuria three times in the past, on October 1 and 2, 1997, in November 1997, and December 1997. He also had a history of urinary tract infection in November of 1997. His blood pressure was 122/64. He was assessed as probably having another urinary tract infection, treated again with Rocephin, and it was suggested that he be seen at the Aniak Sub-Regional Clinic on March 25, 1998.

9.     He was seen by Dr. R. E. Lyons at the Aniak Sub-Regional Clinic on March 25, 1998. In a chart note dated March 27, 1998, Dr. Lyons ordered a 4 stage work-up of Ron's recurrent hematuria. The stages included work to be done in the village, at the

sub-regional clinic, the Bethel hospital, and an appointment with a urinary tract specialist in Anchorage. The Anchorage portion of the diagnostic workup was never accomplished.

10. Ron Waskey was next seen on February 18, 1999 (11 months later) for complaints of chest pain. It was noted that he had a history of gross hematuria in March of the previous year. Lab results were urine specimen "not a clean catch" protein 100 leukocytes trace, blood 250 dark tea like urine, BP 102/40. His chem-strip was abnormal, and he was to go to the Aniak Sub-Regional Clinic "as soon as possible."

11. The next note in his Crooked Creek medical chart is dated November 1, 1999. On that date he was seen because he had started peeing red, and the color was gradually getting worse. Lab tests of his urine showed protein 3+, blood about 250. He was again assessed with a urinary tract infection and was ordered to receive Rocephin 1 gm times three days intra-muscularly, and oral Septra 40/200 2 times per day.

12. He was seen at Crooked Creek for a recheck on November 7, 1999 (six days later). He also had a repeat urinalysis as requested by staff at the Aniak Sub-Regional Clinic. Urinalysis showed protein + and blood about 250. It is noted that he also had an appointment with Dr. Garza in Bethel on November 23, 1999.

13. On November 23, 1999 Ron Waskey was noted to have a 2 year history of intermittent hematuria, usually occurring along with another illness such as fever, otitis, colds, etc. His mother told the care providers that he had hematuria 4 times in the past year. The work up as of that date was negative. His blood pressure was 114/68, purpose of visit -- history of hematuria and right hand dermatitis. He was to follow up with Dr.

Garza in Bethel when the hematuria returned. Urine was to be sent weekly from Crooked Creek per Dr. Garza's order. Dr. Garza reviewed the result of a VCUG (voiding urethra-cystogram, an x-ray exam that allows visualization of the bladder and ability to empty one's bladder.), which was performed at the YKHC. That test did not show any bladder problems.

14.     In late June, 2003, Ron was seen in Anchorage by an urologist, who referred him to a nephrologist, Dr. Gitomer. Dr. Gitomer recognized that Ron Waskey had a potentially serious condition and performed a biopsy of his kidneys. Dr. Gitomer diagnosed him with multiproliferative glomerulonephritis (MPGN) a serious kidney disease. At the time of diagnosis Ron Waskey had highly elevated blood pressure (150/90; 170/90), very abnormally low serum albumin (1.7 gm/dl), and very severely elevated protein in his urine (6300 mg/24 hours). The actual disease (MPGN was not caused by the conduct of the defendant United States.

15.     Dr. Gitomer has treated Ron Waskey's MPGN since its diagnosis. He utilizes the treatment protocol developed by Dr. West from Cincinnati, Ohio. This treatment regimen consists of steroids administered in decreasing increments over a five year period. He also has prescribed numerous medications to lower Ron's blood pressure and to control his proteinuria.

16.     The treatment to date has been successful. Ron's proteinuria is very greatly reduced, although not normal, and his hypertension is moderately well controlled.

17.     The parties have agreed to present the court with one stipulated set of exhibits.

18. The Court has entered partial summary judgment on liability. The Court has also entered summary judgment as to the yet undetermined degree of kidney damage. There has been no ruling or finding of causation as to any of the other alleged future medical problems and damages.

19. The quamtum of damages remains to be determined at trial.

DATED at Anchorage, Alaska, this 12th day of February, 2007.

**COOKE ROOSA LLC**
Attorneys for Plaintiff Aggie Waskey


By:   /s/Kenneth S. Roosa

3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@CookeRoosa.com

CERTIFICATE OF SERVICE

I, certify that I am authorized agent of the law offices of Cooke Roosa, LLC, and that on the 12th day of February 2007, I caused a true and correct copy of the foregoing document to be served electronically on:

Gary Guarino, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice District of Alaska
222 West 7th Avenue, #9 Room 253

Meg Simonian, Esq.
Friedman, Rubin, & White
1227 W. 9th Ave, Suite 301
Anchorage, AK  99501

s/Kenneth S. Roosa_____