NELSON P. COHEN
United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>         Defendant. | Case No. 3:04-cv-00110-JWS<br><br>**DEFENDANT'S NOTICE REGARDING FILING OF JOINT EXHIBIT LIST FOR TRIAL** |

      The United States of America has prepared and filed a Joint Exhibit

List for Trial which lists the exhibits that the parties, via their respective counsel,

have agreed should be identified and/or admitted at trial in this action.  Counsel

for the parties conferred and stipulated to this Joint Exhibit List in an effort to

minimize any objections to the proposed exhibits and to avoid the filing of duplicative exhibit lists and multiple copies of the voluminous trial exhibits.

Defendant will finalize and file with the Court a marked copy of the exhibits that have now been agreed upon and listed by the parties.  As a result of the parties' agreement regarding the Joint Exhibit List, the parties will not need to meet and review the exhibits in order to stipulate to their authentication and admission or to note their objections.

Respectfully submitted on February 12, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/Gary M. Guarino
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007,
a copy of the foregoing DEFENDANT UNITED
STATES' NOTICE REGARDING FILING OF
TRIAL EXHIBIT LIST was served electronically on
Kenneth S. Roosa and Donna J. McCready.

s/ Gary M. Guarino

Waskey, et al. v. USA
Case No. 3:04-cv-00110-JWS    2