NELSON P. COHEN
United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br>　　Defendant. | Case No. 3:04-cv-00110-JWS<br><br>**DEFENDANT'S QUALIFIED OBJECTIONS TO EXHIBITS** |

　　　　The parties have filed a Joint Exhibit List For Trial that sets out the exhibits that the parties have agreed can be admitted at trial and the exhibits that have been marked only for identification at this time.  Defendant United States of America submits its qualified objections to the following exhibits that have been marked only for identification.

1. <u>Exhibits K to T: Witness Depositions</u>

Defendant's position is that the deposition transcripts are available for use during cross-examination of the respective witnesses but that the deposition transcripts should not be admitted in their entirety as they include numerous irrelevant, hearsay, and objectionable statements.

2. <u>Exhibits U to AH: Expert Witness Reports and CVs</u>

Defendant and Plaintiffs have agreed to admit the curriculum vitae (CVs) for the various expert witnesses. Defendant's position is that the expert reports are available for use during the direct testimony and cross-examination of the expert witnesses, however, the reports should not be admitted in their entirety as they may include irrelevant, hearsay, and objectionable statements.

3. <u>Exhibits AI to AQ: Expert Witness Work Files</u>

Defendant's position is that the documents and references in the work files for the respective expert witnesses are available for use during the direct testimony and cross-examination of the witnesses. However, the voluminous work files and references should not be admitted in their entirety as they may include irrelevant, hearsay, duplicative, and objectionable statements.

Defendant has designated its objections as "qualified objections"

because counsel for the Defendant believes, based on the parties' agreement to file the Joint Exhibit List For Trial, that the Plaintiffs have similar objections to the admission of these exhibits.

Respectfully submitted on February 20, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on this February 20, 2007
a copy of the foregoing DEFENDANT UNITED
STATES' QUALIFIED OBJECTIONS TO EXHIBITS
was served electronically on
Kenneth S. Roosa and Donna J. McCready.


s/ Gary M. Guarino