Kenneth S. Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff

Email:  Ken@CookeRoosa.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, )<br>Individually and as Parents of                        )<br>RONALD WASKEY, a Minor,                       )<br>                                                                    )<br>                           Plaintiffs,          )<br>             vs.                                         )<br>                                                                    )<br>UNITED STATES OF AMERICA,              )<br>                                                                    )<br>                           Defendant.         )<br>_____) | Case No. 3:04-cv-0110-JWS |

**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

The undersigned hereby stipulate and agree as follows:

1.      The law firm of Cooke Roosa & Valcarce LLC be withdrawn as counsel for the plaintiff in this action; and

2.      The law firm of Cooke Roosa LLC be substituted as counsel for the plaintiff in this action.  Copies of all future pleadings and correspondence in this matter should be served on the undersigned Cooke Roosa LLC counsel of record at 3700 Jewel Lake Road, Anchorage, Alaska 99502 (i.e., at the same *address* as currently designated for service).

DATED at Anchorage, Alaska this 22nd day of March 2007.

        COOKE ROOSA LLC – *formerly*
        COOKE, ROOSA & VALCARCE, LLC
        Attorneys for Plaintiffs

        /s/   Kenneth J. Roosa
        Alaska Bar No. 8306061
        3700 Jewel Lake Road
        Anchorage, Alaska 99502
        Phone: (907) 276-2744
        Fax: (907) 276-2746
        E-mail: ken@cookeroosa.com

DATED at Anchorage, Alaska this 22nd day of March 2007.

        COOKE ROOSA LLC.
        Attorneys for Plaintiffs

        /s/   Kenneth J. Roosa
        Alaska Bar No. 8306061
        3700 Jewel Lake Road
        Anchorage, Alaska 99502
        Phone: (907) 276-2744
        Fax: (907) 276-2746
        E-mail: ken@cookeroosa.com

CERTIFICATE OF SERVICE

I, certify that I am authorized agent of the law offices of Cooke Roosa, LLC, and that on the 22nd day of March 2007, I caused a true and correct copy of the foregoing document to be served electronically on:

Gary Guarino, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice  District of Alaska
222 West 7th Avenue, #9  Room 253
Anchorage, AK  99513-7567

Meg Simonian, Esq.
Friedman, Rubin, & White
1227 W. 9th Ave, Suite 301
Anchorage, AK  99501

s/Kenneth S. Roosa