Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: (907) 276-2744
Fax: (907) 276-2746
Attorneys for Plaintiff
Email: Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, ) Individually and as Parents of ) RONALD WASKEY, a Minor, ) Plaintiffs, ) vs. ) UNITED STATES OF AMERICA, ) Defendant. ) ) | Case No. 3:04-cv-0110-JWS |

CONSENT TO WITHDRAWAL

__Aggie Waskey__, hereby consent to the substitution of Cooke, Roosa LLC as my attorney in this action, and to the withdrawal of Cooke, Roosa, & Valcarce, LLC. I understand that neither Cooke, Roosa, & Valcarce, LLC nor any of the attorneys associated with its Bethel office (Jim Valcarce, Heather Sia, and David Roghair, now practicing law as Valcarce Law Office) will have any further responsibility for my representation.

DATED this 20th day of January, 2007.

_____
Aggie Waskey