MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*AGGIE WASKEY, et al.*   v.   *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-cv-00110 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**   Date: March 23, 2007

The stipulation for substitution of counsel at docket 67 is **APPROVED**.