UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 3:04-cv-00110 JWS |
| ) | |
| vs. ) | ORDER FROM CHAMBERS |
| ) | |
| UNITED STATES OF AMERICA, ) | (Objections to Exhibits) |
| ) | |
| Defendant. ) | |

## I. MATTERS PRESENTED

The parties filed a joint list of exhibits at docket 61 showing that many exhibits have been admitted by agreement. Some, however, have only been identified, and there is no agreement as to their admission. The court has been provided with copies of the exhibits. Plaintiffs filed no objections to any of the exhibits. At docket 65, defendant filed qualified objections to some of the exhibits. Plaintiffs filed no arguments in support of admission of the exhibits as to which defendant filed qualified objections.

## II. RULINGS ON ADMISSION OF EXHIBITS

**Exhibits K Thru T**

Defendant's first objections are directed at Exhibits K to T, which are all deposition transcripts. Defendant's position is that the transcripts should be available for use during cross-examination, but should not be admitted in evidence because the

transcripts include irrelevant, hearsay, and otherwise objectionable statements. The court agrees. The objections to Exhibits K to T are **SUSTAINED**.

### Exhibits U, W, Y, AA, AC, AE, and AG

Exhibits U thru AH are expert witness reports and associated *curricula vitae* for the expert witnesses. Defendant suggests that it objects to the entire series U thu AH, but upon review it is clear that defendant does not object to those exhibits in the sequence from U thru AH which are *curruicula vitae*, but does object to admission of the expert reports themselves on hearsay and other grounds. The court agrees that the expert witness reports are hearsay and may not be introduced in evidence. Accordingly, the objections to the following exhibits to Exhibits U, W, Y, AA, AC, AE, AG, are **SUSTAINED**. Nothing in this order forecloses use of tables, charts or other summaries in the expert reports if they are adopted by the expert when he or she gives testimony at trial, or use of the expert reports for cross-examination.

### Exhibits AI Thru AQ

Defendant objects to the admission of exhibits AI thru AQ, which are the working files of the various expert witnesses on the grounds that they include irrelevant and hearsay statements and are otherwise subject to objection. The court agrees that these materials are properly subject to hearsay objections, although they may contain documents which separately offered (and some of which may be found separately in exhibits to which no objection has been taken) may be admissible. The objections are **SUSTAINED**. This does not foreclose proper use of the materials for cross-examination.

DATED at Anchorage, Alaska, this 30th day of March 2007.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE