Kenneth S. Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@CookeRoosa.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WESSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  A04–0110 CV (JWS) |

## NOTICE OF SETTLED CASE

The court is hereby notified that the parties believe the case has been settled.  A detailed agreement has been reached between the parties, which is subject to approval by the U.S. Department of Justice after approval of the minor settlement is received from the State Court, in accordance with Civil Rule 90.2.  Based on the complexity of the settlement and its associated documents and the need for state court approval of the minor portion of the settlement, it is believed that it will take between 60 and 90 days to fully effectuate the parties' agreements, fund the settlement, and file a dismissal.  Accordingly,

...

the case should be removed from the trial docket pending dismissal. If assistance of the Court is required in any way, the parties will notify the court by way of motion practice.

DATED at Anchorage, Alaska this 2nd day of April 2007.

COOKE ROOSA LLC
Attorneys for Plaintiffs
Aggie & Ronald Waskey


By: s/ Kenneth S. Roosa
Kenneth S. Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: (907) 276-2744
Fax:   (907) 276-2746
E-mail: ken@cookeroosa.com
ABA No. 8306063

CERTIFICATE OF SERVICE

I, certify that I am authorized agent of the law offices of Cooke Roosa, LLC, and that on the 2nd day of April, 2007, I caused a true and correct copy of the foregoing document to be electronically served on:

Gary Guarino, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice District of Alaska
222 West 7th Avenue, #9  Room 253
Anchorage, AK  99513-7567

Donna J. McCready, Esq.
Friedman, Rubin, & White
1227 West 9th Avenue Suite 200
Anchorage, AK  99501


s/Kenneth S. Roosa
Kenneth S. Roosa