NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | Case No. 3:04-cv-00110-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The Plaintiffs and the Defendant, via undersigned counsel, stipulate and agree that any and all claims against the United States in this action shall be dismissed with prejudice with each party to bear its own costs, expenses, and attorney's fees.

                    COOKE, ROOSA & VALCARCE

Dated: August 15, 2007             s/ Kenneth S. Roosa (consent)
                                         Attorney for Plaintiffs Aggie Waskey
                                         and Ronald Miska Waskey


                                         FRIEDMAN RUBIN and WHITE

Dated: August 15, 2007             s/ Donna J. McCready (consent)
                                         Attorney for Plaintiff Wassilie Waskey


                                         NELSON P. COHEN
                                         United States Attorney

Dated: August 15, 2007             s/Gary M. Guarino
                                         Assistant U.S. Attorney
                                         222 West 7th Ave., #9, Rm. 253
                                         Anchorage, AK 99513-7567
                                         Phone: (907) 271-5071
                                         Fax: (907) 271-2344
                                         E-mail: gary.guarino@usdoj.gov