IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGGIE WASKEY and WASSILIE WASKEY, Individually and as Parents of RONALD WASKEY, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 3:04-cv-00110-JWS<br><br>**ORDER** |

    Based on the parties' stipulation, it is ORDERED that any and all claims against the United States in this action shall be dismissed with prejudice with each party to bear its own costs, expenses, and attorney's fees.

Date:  August 23, 2007　　　　　　　　　　/s/ John W. Sedwick
　　　　　　　　　　　　　　　　　　　United States District Court Judge